# United States Bankruptcy Court
## Eastern District of Washington

In re:

**CATHOLIC BISHOP OF SPOKANE, THE**

Bankruptcy Case No. **04–08822–PCW11**

Debtor

Adversary Proceeding No. **05–80038–PCW**

**TORT LITIGANTS, COMMITTEE OF**

Plaintiff

v.

**CATHOLIC DIOCESE OF SPOKANE, THE**
**ALL SAINTS SCHOOL SPOKANE ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, United States Bankruptcy Court
Eastern District of Washington
PO Box 2164
Spokane, WA 99210

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

John W Campbell
421 W Riverside
Suite 960
Spokane, WA 99201

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:
02/04/2005



T. S. Mc Gregor
Clerk of the Court

CSD 3007

**continued caption:**

**Listing Of Defendant Names:**

CATHOLIC DIOCESE OF SPOKANE, THE

ALL SAINTS SCHOOL SPOKANE

ASSUMPTION CHURCH SPOKANE

ASSUMPTION CHURCH WALLA WALLA

BISHOP WHITE SEMINARY SPOKANE

CATALDO CATHOLIC SCHOOL SPOKANE

CATHEDRAL OF OUR LADY OF LOURDES SPOKANE

CATHOLIC CEMETERIES OF SPOKANE

CATHOLIC CEMETERIES–HOLY CROSS SPOKANE

CATHOLIC CHARITIES INC SPOKANE

CATHOLIC NEWMAN CENTER CHENEY

DE SALES PREP HIGH SCHOOL WALLA WALLA

HISPANIC MINISTRY OROVILLE

HISPANIC MINISTRY OF OUR LADY OF VALLEY OKANOGAN

HOLY FAMILY CHURCH CLARKSTON

HOLY FAMILY SCHOOL CLARKSTON

HOLY GHOST CHURCH VALLEY

HOLY ROSARY CHURCH POMEROY

HOLY ROSARY CHURCH ROSALIA

HOLY ROSARY CHURCH TONASKET

HOLY ROSARY PARISH TONASKET

HOLY TRINITY CHURCH WASHTUCNA

IMMACULATE CONCEPTION COLVILLE

IMMACULATE CONCEPTION DAVENPORT

IMMACULATE CONCEPTION OROVILLE

IMMACULATE CONCEPTION REPUBLIC

IMMACULATE CONCEPTION CHURCH COLVILLE

IMMACULATE HEART RETREAT CENTER SPOKANE

LA COMUNIDAD CATOLICA DE SPOKANE SPOKANE

MARY QUEEN OF HEAVEN CHURCH SPOKANE

MARY QUEEN OF HEAVEN CHURCH SPRAGUE

MORNING STAR BOYS RANCH SPOKANE

OUR LADY OF FATIMA SPOKANE

OUR LADY OF FATIMA CHURCH SPOKANE

OUR LADY OF FATIMA PARISH SPOKANE

OUR LADY OF THE LAKE SUNCREST

OUR LADY OF THE LAKE CHURCH SUNCREST

OUR LADY OF LOURDES WEST END

OUR LADY OF LOURDES CATHEDRAL SPOKANE

OUR LADY OF LOURDES WEST FRUITLAND

OUR LADY OF PERPETUAL HELP ST JOHN

OUR LADY OF THE VALLEY OKANOGAN

PARISH SERVICES OFFICE SPOKANE

PURE HEART OF MARY CHURCH NORTHPORT

ST AGNES CHURCH RITZVILLE

ST ALOYSIUS CHURCH SPOKANE

ST ALOYSIUS SCHOOL SPOKANE

ST AMBROSE LIND

ST AMBROSE CHURCH LIND

ST ANN CHURCH MEDICAL LAKE

ST ANNE CHURCH SPOKANE

ST ANNE'S CHILDREN & FAMILY CENTER SPOKANE

ST ANTHONY NEWPORT

ST ANTHONY CHURCH NEWPORT

ST ANTHONY PARISH NEWPORT

ST ANTHONY CHURCH SPOKANE

ST ANTHONY'S ALTAR SOCIETY NEWPORT

ST AUGUSTINE CHURCH SPOKANE

ST BERNARD IONE

ST BERNARD CHURCH IONE

ST BONIFACE UNIONTOWN

ST BONIFACE CHURCH UNIONTOWN

ST CATHERINE CHURCH OAKESDALE

ST CHARLES SPOKANE

ST CHARLES CHURCH SPOKANE

ST FRANCIS ASSISI HARRINGTON

ST FRANCIS ASSISI WALLA WALLA

ST FRANCIS ASSISI CHURCH SPOKANE

ST FRANCIS OF ASSISI CHURCH WALLA WALLA

ST FRANCIS XAVIER SPOKANE

ST FRANCIS XAVIER CHURCH SPOKANE

ST GALL CHURCH COLTON

ST GENEVIEVE TWISP

ST GENEVIEVE CHURCH TWISP

ST JOHN VIANNEY SPOKANE VALLEY

ST JOHN VIANNEY – SEMINARY SPOKANE

ST JOHN VIANNEY CHURCH SPOKANE VALLEY

ST JOHN VIANNEY SCHOOL SPOKANE

ST JOSEPH SPOKANE

ST. JOSEPH COLBERT

ST JOSEPH DAYTON

ST. JOSEPH JUMP OFF JOE

ST JOSEPH METALINE FALLS

ST JOSEPH ODESSA

ST JOSEPH CHURCH COLBERT

ST JOSEPH CHURCH LACROSSE

ST JOSEPH CHURCH METALINE FALLS

ST JOSEPH CHURCH ODESSA

ST JOSEPH CHURCH OMAK

ST JOSEPH CHURCH OTIS ORCHARDS

ST JOSEPH CHURCH ROCKFORD

ST JOSEPH CHURCH SPOKANE

ST JOSEPH'S CEMETERY SPOKANE

ST JOSEPH'S CHURCH DAYTON

ST JUDE CHURCH USK

ST MARK CHURCH WAITSBURG

ST MARKS DAYTON

ST MARKS WAITSBURG

ST MARY CHURCH SPOKANE VALLEY

ST MARY MISSION OMAK

ST MARY OF THE ROSARY CHEWELAH

ST MARY OF THE ROSARY CHURCH CHEWELAH

ST MARY PRESENTATION DEER PARK

ST MARY PRESENTATION CHURCH DEER PARK

ST MARY'S PARISH SPOKANE VALLEY

ST MICHAEL REARDAN

ST MICHAEL CHURCH REARDAN

ST MICHAEL'S INCHELIUM

ST MICHAEL'S MISSION INCHELIUM

ST PASCAL CHURCH SPOKANE

ST PATRICK COLFAX

ST PATRICK PASCO

ST PATRICK CHURCH COLFAX

ST PATRICK CHURCH PASCO

ST PATRICK CHURCH SPOKANE

ST PATRICK CHURCH WALLA WALLA

ST PATRICK PARISH WALLA WALLA

ST PATRICK'S CHURCH CURLEW

ST PAUL THE APOSTLE ELTOPIA

ST PETER CHURCH SPOKANE

ST PHILLIP BENIZI FORD

ST PHILLIP'S VILLA SPOKANE

ST ROSE OF LIMA CHENEY

ST ROSE OF LIMA KELLER

ST ROSE OF LIMA CHURCH CHENEY

ST THOMAS MOORE PARISH SPOKANE

ST THOMAS MORE PULLMAN

ST THOMAS MORE CHURCH SPOKANE

ST THOMAS MORE SCHOOL SPOKANE

ST VINCENT CONNELL

ST VINCENT CHURCH CONNELL

ST VINCENT CHURCH (BASIN CITY MISSION) CONNELL

ST VINCENT DE PAUL PARISH CONNELL

ST VINCENT THRIFT STORE DAYTON

SACRED HEART BREWSTER

SACRED HEART NESPELEM

SACRED HEART OTHELLO

SACRED HEART PULLMAN

SACRED HEART VALLEY SPRINGDALE

SACRED HEART WILBUR

SACRED HEART CHURCH BREWSTER

SACRED HEART CHURCH KETTLE FALLS

SACRED HEART CHURCH OTHELLO

SACRED HEART CHURCH PULLMAN

SACRED HEART CHURCH SPOKANE

SACRED HEART CHURCH SPRINGDALE

SACRED HEART CHURCH TEKOA

SACRED HEART CHURCH WELLPINIT

SACRED HERAT CHURCH WILBUR

SACRED HEART PARISH NESPELEM

SACRED HEART PARISH OTHELLO

WALLA WALLA CATHOLIC SCHOOLS WALLA WALLA

WALLA WALLA SCHOOLS WALLA WALLA

WENNING ESTATE SPOKANE

COMUNIDAD HISPANA DE SPOKE SPOKANE

ST. ROSE OF LIMA PARISH SPOKANE

ST. JOSEPH'S PARISH JUMP OFF JOE

PURE HEART OF MARY PARISH NEWPORT

OUR LADY OF SORROWS KALISPELL INDIAN RESERVATION