JOHN W. CAMPBELL, ESQ. (WSB 13798)
ESPOSITO, GEORGE & CAMPBELL, PLLC
960 Paulson Building
421 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-9219
Facsimile: (509) 624-9231

JAMES I. STANG, ESQ. (CA BAR 94435)
HAMID R. RAFATJOO, ESQ. (CA BAR 181564)
GILLIAN N. BROWN, ESQ. (CA BAR 205132)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for COMMITTEE OF TORT LITIGANTS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE**<br><br>Debtor. | Case No.: 04-08822-PCW11<br><br>Chapter 11 |
| **COMMITTEE OF TORT LITIGANTS,**<br>                Plaintiff,<br>v.<br>**THE CATHOLIC BISHOP OF SPOKANE, et al.,**<br>                **Defendants.** | Adv. Case No. 05-80038<br><br>**COMMITTEE OF TORT LITIGANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

18477-002\DOCS_LA:138182.2
COMMITTEE MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 63    Filed 04/07/05    Entered 04/07/05 16:50:41    Pg 1 of 4

COMES NOW the official Committee of Tort Litigants (hereinafter "Committee") and hereby moves for partial summary judgment (the "Motion") against The Catholic Bishop of Spokane a/k/a The Catholic Diocese of Spokane **and** against the following named defendants (the "Parishes") to the above-captioned adversary complaint:

1. Assumption Church; Spokane, WA
2. Mary Queen of Heaven Parish; Spokane, WA
3. Our Lady of Fatima; Spokane, WA
4. Our Lady of Fatima Church; Spokane, WA
5. Our Lady of Fatima Parish; Spokane, WA
6. Our Lady of Lourdes Cathedral; Spokane, WA
7. St. Aloysius Church; Spokane, WA
8. St. Aloysius School; Spokane, WA
9. St. Ann Church; Medical Lake, WA
10. St. Anne Church; Spokane, WA
11. St. Anthony Church; Spokane, WA
12. St. Augustine Church; Spokane, WA
13. St. Charles; Spokane, WA
14. St. Charles Church; Spokane, WA
15. St. Francis Assisi Church; Spokane, WA
16. St. Francis Xavier; Spokane, WA
17. St. Francis Xavier Church; Spokane, WA
18. St. John Vianney; Spokane Valley, WA
19. St. John Vianney Church; Spokane Valley, WA
20. St. Joseph – Colbert; Colbert, WA
21. St. Joseph Church; Colbert, WA
22. St. Joseph Church; Otis Orchards, WA
23. St. Joseph Church; Spokane, WA
24. St. Mary Church; Spokane Valley, WA
25. St. Mary's Parish; Spokane Valley, WA
26. St. Mary Presentation; Deer Park, WA
27. St. Mary Presentation Church; Deer Park, WA
28. St. Peter Church; Spokane, WA
29. St. Rose of Lima – Cheney; Cheney, WA
30. St. Rose of Lima Church; Cheney, WA
31. St. Thomas More Church; Spokane, WA
32. Sacred Heart Church; Spokane, WA

18477-002\DOCS_LA:138182.2
COMMITTEE MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219   Fax: (509) 624-9231

In support of the Motion, the Committee respectfully represents as follows:

1. This Motion is based on Rule 7056 of the Federal Rules of Bankruptcy Procedure and on LBR 7056-1 that summary judgment should be granted in the Committee's favor on the First Cause of Action in the Committee's Complaint for Declaratory Relief and Substantive Consolidation (the "Complaint") and on all of the Catholic Diocese of Spokane's ("Diocese") affirmative defenses thereto. This Motion is based on the grounds that no genuine issues of material fact exist as to the First Cause of Action in the Complaint, and that the Diocese cannot satisfy its burden of proof on any of its affirmative defenses to the Complaint.

2. This Motion is based on the facts and legal analysis set forth in the Memorandum of Points and Authorities, the Separate Statement of Material Undisputed Fact, the Affidavit of James I. Stang, Esq., and the Request for Judicial Notice, all filed concurrently herewith; the record in the instant case; any other evidence properly before the Court prior to or at the hearing on the Motion; and all matters of which this Court may properly take judicial notice.

**WHEREFORE,** the Committee respectfully requests that the Court enter an order granting the Motion; granting declaratory relief in favor of the Committee on the First Cause of Action to the Complaint as to the Diocese and the 32 Parishes listed

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

18477-002\DOCS_LA:138182.2
COMMITTEE MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 63    Filed 04/07/05    Entered 04/07/05 16:50:41    Pg 3 of 4

above; dismissing the affirmative defenses raised by the Diocese; and granting such other and further relief as this Court deems just and proper.

Dated: April 7, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By /s/ James I. Stang
JAMES I. STANG
HAMID R. RAFATJOO
GILLIAN N. BROWN
Counsel for the Committee of Tort Litigants

-and-

ESPOSITO, GEORGE & CAMPBELL, P.L.L.C.

By /s/ John W. Campbell
JOHN W. CAMPBELL
Counsel for the Committee of Tort Litigants

18477-002\DOCS_LA:138182.2
COMMITTEE MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 63    Filed 04/07/05    Entered 04/07/05 16:50:41    Pg 4 of 4