JOHN W. CAMPBELL, ESQ. (WSB 13798)
ESPOSITO, GEORGE & CAMPBELL, PLLC
960 Paulson Building
421 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-9219
Facsimile: (509) 624-9231

JAMES I. STANG, ESQ. (CA BAR 94435)
HAMID R. RAFATJOO, ESQ. (CA BAR 181564)
GILLIAN N. BROWN, ESQ. (CA BAR 205132)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for COMMITTEE OF TORT LITIGANTS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE**<br><br>Debtor. | Case No.: 04-08822-PCW11<br><br>Chapter 11 |
| **COMMITTEE OF TORT LITIGANTS,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CATHOLIC BISHOP OF SPOKANE, et al.,**<br><br>Defendants. | Adv. Case No. 05-80038<br><br>**COMMITTEE OF TORT LITIGANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT -

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 65    Filed 04/07/05    Entered 04/07/05 16:56:54    Pg 1 of 10

Pursuant to LBR 7056-1(a), the Committee of Tort Litigants hereby submits this Separate Statement of Undisputed Material Facts in support of its Motion for Partial Summary Judgment (the "Motion"), filed concurrently herewith. All defined terms herein have the meaning assigned to them in the Motion.

| Undisputed Material Facts | Supporting Evid. |
|---|---|
| 1. "The Catholic Bishop of Spokane is a Washington corporation, it's an entity formed under a statute here in the state of Washington." | 1. Transcript of Meeting of Creditors, 1/5/05 ("Tr.")[1] at 14:20-22. |
| 2. "The diocese filed this reorganization case for a number of reasons. Specifically in order to reorganize its financial affairs under a reorganization plan . . . that will, among other things, fairly, justly and equitably compensate victims of sexual abuse by clergy and others associated with the diocese. . . ." | 2. Tr. at 15:8-13 |
| 3. "The bishop is the head of that [central pastoral] office and is the one who exercises governance and oversight and pastoral ministry to the 81 faith communities." | 3. Tr. at 27:5-7 |
| 4. "The bishop of the diocese, of course, is the – is the chief pastor and shepherd of the diocese and is the – is the final decision maker." | 4. Tr. at 27:15-17 |
| 5. "[P]riests are considered to be agents of the bishop". | 5. Tr. at 29:3-4 |
| 6. Q: "And it's the bishop who appoints the priests to the parish?" A: "That is correct." | 6. Tr. at 29:8-10 |
| 7. "[W]e [the Diocese] do interact in an accounting way with parishes and schools" | 7. Tr. at 32:5-6 |
| 8. The Catholic Charities, the Catholic Foundation, and the Spokane Investment Trust maintain their financial records at the Pastoral | 8. Tr. at 27: 3-5; 38:20-22; 39:3-8 |

---

[1] See Exhibit 3 to Affidavit of James I. Stang, Esq., in Support of Committee of Tort Litigants' Motion for Partial Summary Judgment ("Stang Affidavit"), filed concurrently herewith.

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

| | |
|---|---|
| Center, which is the "central pastoral office". | |
| 9. The Deposit and Loan Fund is comprised of a series of loans that the Diocese has made to parishes or "related diocese entities" and deposits that the parishes or "related entities" have made with the Diocese. | 9. Tr. at 42:15-23 |
| 10. The Deposit and Loan Fund is "the diocesan banking system." | 10. Tr. at 42:23-24 |
| 11. The Diocese makes periodic payments to retired priests. | 11. Tr. at 49: 9 to 52:25 |
| 12. "Parishes are not audited." | 12. Tr. at 63:19 |
| 13. The Diocese collects and disseminates priest retirement funds. | 13. Tr. at 65:5-20 |
| 14. The Diocese has control over the foundation investment account, which contains interest earnings on an endowment for retired priests, and monies to support the parish service office and the office of education. | 14. Tr. 65:21 to 66:3 |
| 15. The parishes provide the Diocese with annual financial reports on a standard form that the Diocese requests be used. | 15. Tr. at 68:6-15 |
| 16. Unrestricted funds in the Deposit and Loan Fund are property of the Diocese's estate. | 16. Tr. at 72:22 to 73:1 |
| 17. The Diocese coordinates the billing of medical, dental, and retirement benefits for the parishes. The Diocese does not charge the parishes for those services, nor do the Diocese and the parishes have a written agreement about same. | 17. Tr. at 73:22-24; 74:9-17 |
| 18. Transactions involving the Deposit and Loan Fund do not involve written agreements between the Diocese, Fund, and/or the parish. | 18. Tr. at 76:11-17 |
| 19. It is the policy of the Diocese that "[a]ll excess funds in the parishes and institutions of the diocese must be deposited with the Catholic Bishop of Spokane. These funds include all ordinary savings, large gifts and moneys from estates, building fund proceeds, and anticipation of capital improvements, etc. Annually, each parish and institution is required to complete and present its financial report to the bishop. The amount scheduled to | 19. Tr. at 89:10-24 |

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 2

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219  Fax: (509) 624-9231

05-80038-PCW    Doc 65    Filed 04/07/05    Entered 04/07/05 16:56:54    Pg 3 of 10

| | | |
|---|---|---|
| | savings must be on deposit with the diocese." | |
| | 20. Diocesan norms are usual practices published in written form in diocesan policy manuals that are posted on the Diocese's website. | 20. Tr. at 95:4-8 |
| | 21. A pastor, or parish priest, "acts as the agent of the bishop in the respective parish." | 21. Tr. at 96:13-18 |
| | 22. The bishop approves loans from the Deposit and Loan Fund to parishes. | 22. Tr. at 101:5-9 |
| | 23. Parishes are unincorporated associations. | 23. Tr. at 102:13 to 103:10 |
| | 24. Parishes are unable to get funding or credit from outside the Church hierarchy. | 24. Tr. at 103:9-10 |
| | 25. --INTENTIONALLY OMITTED-- | 25. -- |
| | 26. Bishop Skylstad has been Bishop of Spokane since 1990. | 26. Tr. at 110:11-13 |
| | 27. The Diocese thinks that "the individual parish property is held in trust by the Bishop." | 27. Tr. at 110:21-22 |
| | 28. No documents exist in any county recorder office in the State of Washington evidencing any parish's alleged interest in real property listed in the Schedules of Assets and in the Statement of Financial Affairs. | 28. Tr. at 116:3-16 |
| | 29. The Diocese is not aware of real estate title insurance being in any parish's name rather than in the Diocese's name. | 29. Tr. at 118:12-25 |
| | 30. The Bishop adopts and endorses as true the statements that the Diocese's attorneys made during the 341(a) hearing. | 30. Tr. at 128: 19-22 |
| | 31. "When a priest is ordained, he is incardinated in a diocese." | 31. Tr. at 132:3-4 |
| | 32. The Bishop "has a responsibility of placing an assignment to priests who are – for whom he is responsible, to make sure that pastoral services are accomplished in the diocese." | 32. Tr. at 132:7-10 |
| | 33. The Diocese has borrowed funds from the Deposit and Loan Fund to defray the costs of the sex abuse. | 33. Tr. at 133:19-24 |
| | 34. Individual parishes were not asked for, and did not provide, permission for the Diocese to borrow funds from the Deposit and Loan Fund. | 34. Tr. at 134:19 to 135:11 |
| | 35. Rather, the Diocesan Finance Counsel, which | 35. Tr. at 135:12 to |

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 3

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219  Fax: (509) 624-9231

05-80038-PCW    Doc 65    Filed 04/07/05    Entered 04/07/05 16:56:54    Pg 4 of 10

| | |
|---|---|
| the Bishop appoints, consulted with the Diocese regarding its borrowing of funds from the Deposit and Loan Fund. | 136:12 |
| 36. On the Statement of Financial Affairs, line 14 relating to property held for another person, the Diocese has the absolute right to make the ultimate decision to sell that real estate. | 36. Tr. at 138:19-24; 139:5-7 |
| 37. A parish cannot sell the property listed on the Statement of Financial Affairs, line 14, relating to property held for another person. | 37. Tr. at 139:13-18 |
| 38. The Diocese listed on its Schedule D a secured creditor by the name of Asotin County treasurer, which relates to a property tax bill for a parish property for the Holy Family Parish in Clarkson, Asotin County. | 38. Tr. at 147:15 to 148:148:21 |
| 39. The personal property insurance policy does not contain riders providing in detail which personal property is covered by the policy. | 39. Tr. at 153:13-17 |
| 40. Parishes must ask permission of the Bishop to borrow more than $30,000. | 40. Tr. at 162:20-25; 163:11-19 |
| 41. Parishes "don't have statutes and bylaws" but they might have governing rules. | 41. Tr. at 167:12-17 |
| 42. Parishes "are governed according to the rules and regulations of the diocese as well as canon law." | 42. Tr. at 167:19-20 |
| 43. "The diocesan priest is really closely – closely associated with his bishop." | 43. Tr. at 171:18-19 |
| 44. "The bishop is the corporation sole." | 44. Tr. at 176:6 |
| 45. With regard to Statement of Financial Affairs, line 14, "money may have been raised at the parish level for the purchase of property. Or in other cases, the property may have been purchased at the diocesan level and then transferred as a debt to the parish. . . ." | 45. Tr. at 185:4-14 |
| 46. Recently in Suncrest, the Diocese purchased property for $125,000 "that now has become part of the building debt for that parish. It was purchase[d] at the diocesan level but was transferred to debt of that parish as part of their building project." | 46. Tr. at 185:23 to 186:2 |
| 47. All parish real property is titled in the name of | 47. Tr. at 186:3-5 |

18477-002\DOCS_LA:138324.1

COMMITTEE SEPARATE STATEMENT - 4

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 65    Filed 04/07/05    Entered 04/07/05 16:56:54    Pg 5 of 10

| | | |
|---|---|---|
| | the Diocese. | |
| | 48. Parish priests' retirement plan is set forth in a written agreement between the Diocese and the priests of the Diocese. | 48. Diocesan Policy Manual ("Manual")[2] Section 2.02.04 |
| | 49. The Diocese "accepts the responsibility to provide support for those whom it calls to Holy Orders." | 49. Manual Section 2.02.05 |
| | 50. "Because the bishop cannot be present everywhere at all times in the exercise of his ministry . . . the bishop extends or shares his apostolic office with those he ordains to the ministerial priesthood." | 50. Manual Section 2.07.01A |
| | 51. "The bishop is the personnel director of the diocese. He alone finalizes the assignments for priests of the diocese." | 51. Manual Section 2.07.01B(1) |
| | 52. "[T]he bishop may appoint whomever he wishes for a position." | 52. Manual Section 2.07.01C(3) |
| | 53. Over time, the Diocese of Spokane has created distinct entities in accord with civil law whereby assets could be segregated according to the mission for which various donations were intended. These entities are:<br>- The Diocese of Spokane, civilly incorporated as the Catholic Bishop of Spokane, a sole corporation<br>- The Catholic Foundation<br>- Catholic Charities<br>- Catholic Cemeteries of Spokane | 53. Manual Section 5.01.06 |
| | 54. "The Spokane Catholic Investment Trust has been established to provide a pooled investment management vehicle for meeting the long-term investment needs of participating Church-affiliated entities within the Catholic Diocese of Spokane." | 54. Manual Section 5.01.07 |
| | 55. Schools and parishes, among others, are "diocesan entities". | 55. Manual Section 5.02.02 |
| | 56. "Under the laws of the State of Washington, all property in the diocese is owned by the Catholic Bishop of Spokane, a Corporation Sole." | 56. Manual Section 5.02.05 |

---

[2] See Exhibit 11 to Stang Affidavit.

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 5

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

| | |
|---|---|
| 57. "This means that parishes, institutions, etc. cannot legally own property in their own name. There is no 'legal entity' of the parish to hold such ownership." | 57. Manual Section 5.02.05 |
| 58. "Title to all Church owned vehicles must be held in the name of the Catholic Bishop of Spokane, a corporation Sole, unless the ownership is held by an incorporated religious community or another civil corporation authorized by the Bishop of Spokane." | 58. Manual Section 5.02.05 |
| 59. "When purchasing a vehicle, show the address of the legal owner as P.O. Box 1453, Spokane, WA 99210." | 59. Manual Section 5.02.05 |
| 60. "Church owned vehicles and vehicles owned by priests must be reported to and insured by the Diocesan Insurance agent." | 60. Manual Section 5.02.05 |
| 61. "The Bishop of the Diocese of Spokane sets forth the . . . norms regarding the establishment and function of finance counsels" at the diocesan level and at the parish level. | 61. Manual Section 5.02.07 |
| 62. A Parish Finance Council shall "[a]ssist the pastor in carrying out the fiscal policies and procedures established by the Bishop of Spokane and the Bishop's Finance Council." | 62. Manual Section 5.02.07III.B.3 |
| 63. "The Parish Finance Council cannot be dissolved without permission of the Bishop." | 63. Manual Section 5.02.07VII.B |
| 64. "All the parishes and institutions of the diocese are entities of the Catholic Bishop of Spokane. . . ." | 64. Manual Section 5.02.07VIII.A |
| 65. "As incumbent Catholic Bishop of Spokane, the ordinary grants to each pastor authority to carry out the ordinary financial management of the entity including signing checking accounts, yearly professional contracts, service agreements and other ordinary instruments of parish business". | 65. Manual Section 5.02.07VIII.A |
| 66. "The Bishop alone retains the authority to sign capital construction contracts and property contracts." | 66. Manual Section 5.02.07VIII.A |
| 67. The Diocese controls the use of parish facilities, prohibiting, for instance, renting of | 67. Manual Section 5.02.10 |

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 6

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW   Doc 65   Filed 04/07/05   Entered 04/07/05 16:56:54   Pg 7 of 10

| | | |
|---|---|---|
| | facilities to political candidates or partisan groups, and requiring lease or rental or long term loan of use of parish facilities to be "cleared with the Diocesan Secretary for Business Affairs." | |
| 68. | "It has been the long standing policy of the Catholic Bishop of Spokane that parishes and institutions of the diocese are required to deposit excess funds (savings, building fund collections, etc.) with the diocese." | 68. Manual Section 5.03.01 |
| 69. | "No parish or institution has legal standing to contract loans and, therefore, all indebtedness must be contracted by the Corporation Sole through the Deposit and Loan Fund." | 69. Manual Section 5.03.01 |
| 70. | "LOANS TO PARISHES AND INSTITUTIONS UNDER $30,000: These loans do not require a recommendation by the Finance Council, but should be reviewed by the Deposit and Loan Fund Chairperson. Such loans do require the approval of the Bishop in writing." | 70. Manual Section 5.03.01 |
| 71. | "LOANS OVER $30,000: These loans require recommendation by the Finance Council. . . . The Bishop will allow or disallow the loan after the Finance Council's recommendation has been made." | 71. Manual Section 5.03.01 |
| 72. | "Civilly the Diocese is a single corporation, a corporation sole. The assets of every entity and of the totality are at risk in the activities, contracts, liabilities and decision of any entity." | 72. Manual Section 5.03.03 |
| 73. | "For the good of the whole, the Bishop is required to maintain a significant level of oversight. This corporate structure makes the Bishop and the Bishop alone capable of entering into binding contracts unless he has specifically given power of attorney to another person for that purpose." | 73. Manual Section 5.03.03 |
| 74. | The Bishop must approve of major construction and major renovation projects in a parish, from assessment to selection of architects, review of construction documents, | 74. Manual Section 5.03.03 |

18477-002\DOCS_LA:138324.1

COMMITTEE SEPARATE STATEMENT - 7

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW   Doc 65   Filed 04/07/05   Entered 04/07/05 16:56:54   Pg 8 of 10

| | |
|---|---|
| final decisions, review of bids, and signing of contracts by the Bishop. | |
| 75. "[A]ll the parishes and institutions of the Diocese are entities of the Catholic Bishop of Spokane, a corporation sole." | 75. Manual Section 5.03.05 |
| 76. "Thus, legal title to all goods and real estate of the Diocese, parishes and Diocesan institutions is vested in the Bishop as a corporation sole." | 76. Manual Section 5.03.05 |
| 77. "Consequently, his [the Bishop's] consent is required for the acquisition or alienation of Diocesan property or of the property of parishes and institutions subject to him." | 77. Manual Section 5.03.05 |
| 78. Real property deeds convey the Disputed Real Property to the Bishop of Spokane, a corporation sole. | 78. Exhibit "1" to Affidavit of James I. Stang, Esq., in Support of Committee of Tort Litigants' Motion for Partial Summary Judgment ("Stang Affidavit") |
| 79. St. Patrick's Parish has acknowledged that it cannot own bequeathed property, and that such property must be bequeathed to the Catholic Bishop of Spokane, a corporation sole. | 79. Exhibit "5" to Stang Affidavit |

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 8

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW   Doc 65   Filed 04/07/05   Entered 04/07/05 16:56:54   Pg 9 of 10

| | |
|---|---|
| 80. The Diocese is a Washington State non profit corporation. | 80. Exhibit "7" to Stang Affidavit |
| 81. The Diocese, not the parish, was the lessor of "access to and the use of the Parish Hall of Sacred Heart Catholic Church" in Springdale, Washington. | 81. Exhibit "4" to Stang Affidavit |

Dated: April 7, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By /s/ James I. Stang
JAMES I. STANG
HAMID R. RAFATJOO
GILLIAN N. BROWN
Counsel for the Committee of Tort Litigants

-and-

ESPOSITO, GEORGE & CAMPBELL, P.L.L.C.

By /s/ John W. Campbell
JOHN W. CAMPBELL
Counsel for the Committee of Tort Litigants

18477-002\DOCS_LA:138324.1
COMMITTEE SEPARATE STATEMENT - 9

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 65    Filed 04/07/05    Entered 04/07/05 16:56:54    Pg 10 of 10