JOHN W. CAMPBELL, ESQ. (WSB 13798)
ESPOSITO, GEORGE & CAMPBELL, PLLC
960 Paulson Building
421 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-9219
Facsimile: (509) 624-9231

JAMES I. STANG, ESQ. (CA BAR 94435)
HAMID R. RAFATJOO, ESQ. (CA BAR 181564)
GILLIAN N. BROWN, ESQ. (CA BAR 205132)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for COMMITTEE OF TORT LITIGANTS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 04-08822-PCW11 |
| THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE | Chapter 11 |
| Debtor. | |
| COMMITTEE OF TORT LITIGANTS, | Adv. Case No. 05-80038 |
| Plaintiff, | COMMITTEE OF TORT LITIGANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| THE CATHOLIC BISHOP OF SPOKANE, et al., | |
| Defendants. | |

18477-002\DOCS_LA:137868.1
REQUEST FOR JUDICIAL NOTICE - 1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219  Fax: (509) 624-9231

05-80038-PCW    Doc 66    Filed 04/07/05    Entered 04/07/05 16:59:54    Pg 1 of 2

Pursuant to Federal Rule of Evidence 201, the Committee of Tort Litigants, by and through its attorneys, hereby requests the Court to take judicial notice of the following:

1. The documents attached as Exhibit "1" to the Affidavit of James I. Stang, Esq., in Support of Committee of Tort Litigants' Motion for Partial Summary Judgment (the "Stang Affidavit"), filed concurrently herewith.

2. The Amended Notice of Appearance and Acceptance of Service, filed by John D. Munding, Esq., Ford Elsaesser, Esq., and Barry McHugh, Esq., in the instant adversary proceeding [Docket No. 50].

3. The reporter's transcript of the Meeting of Creditors held on January 5, 2005, a true and correct printed copy of which is appended as Exhibit "3" to the Stang Affidavit.

Dated: April 7, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By /s/ James R. Stang
JAMES I. STANG
HAMID R. RAFATJOO
GILLIAN N. BROWN
Counsel for the Committee of Tort Litigants

-and-

ESPOSITO, GEORGE & CAMPBELL, P.L.L.C.

By /s/
JOHN W. CAMPBELL
Counsel for the Committee of Tort Litigants

18477-002\DOCS_LA:137868.1
**REQUEST FOR JUDICIAL NOTICE - 1**

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 66    Filed 04/07/05    Entered 04/07/05 16:59:54    Pg 2 of 2