JOHN W. CAMPBELL, ESQ. (WSB 13798)
ESPOSITO, GEORGE & CAMPBELL, PLLC
960 Paulson Building
421 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-9219
Facsimile: (509) 624-9231

JAMES I. STANG, ESQ. (CA BAR 94435)
HAMID R. RAFATJOO, ESQ. (CA BAR 181564)
GILLIAN N. BROWN, ESQ. (CA BAR 205132)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for COMMITTEE OF TORT LITIGANTS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE**<br><br>Debtor. | Case No.: 04-08822-PCW11<br><br>Chapter 11 |
| **COMMITTEE OF TORT LITIGANTS,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CATHOLIC BISHOP OF SPOKANE, et al.,**<br><br>Defendants. | Adv. Case No. 05-80038<br><br>**AFFIDAVIT OF JAMES I. STANG, ESQ. IN SUPPORT OF COMMITTEE OF TORT LITIGANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

18477-002\DOCS_LA:138316.1

STANG AFFIDAVIT IN SUPPORT OF COMMITTEE
MOTION FOR PARTIAL SUMMARY JUDGMENT

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 67    Filed 04/07/05    Entered 04/07/05 17:35:23    Pg 1 of 5

James I. Stang, being duly sworn, deposes and says:

1. I am an attorney at law duly authorized to practice before all of the courts for the State of California. I have also been admitted pro hac vice to appear in the above-captioned adversary proceeding. I am a shareholder in the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW"), counsel to the Committee of Tort Litigants (the "Committee") in the instant matter. I make this affidavit in support of the Committee of Tort Litigants' Motion for Partial Summary Judgment (the "Motion"), filed concurrently herewith. I make this Affidavit based on personal knowledge. If called as a witness, I would and could testify competently as to the matters contained herein.

2. On behalf of the Committee, PSZYJW drafted the Complaint for Declaratory Relief and Substantive Consolidation (the "Complaint"), which commenced the above-captioned adversary proceeding. The Complaint names the Diocese and approximately 179 "Diocese-Related Entities" as Defendants. These non-Diocese Defendants were identified from the Statement Line 14, Amended Statement Line 14, Schedule F, Amended Schedule F, and the Diocese Website, as those terms are defined in the Complaint at ¶¶10-13.

3. Attached hereto as **Exhibit "1"** are true and correct copies of certain documents that I received via Federal Express on March 23, 2005 from Michael J. Paukert, Esq., of Paine, Hamblen, Coffin, Brooke & Miller LLP, counsel for the debtor (the "Diocese") in the above-captioned case. Mr. Paukert represented to me that the Diocese's counsel received these documents from various title companies and county auditors (the "Title Information"). The Title Information enclosed at Exhibit 1 was provided to me in two binders, one of which was organized with side tabs separating Title Information county-by-county, the other of which was organized with side tabs separating Title Information relating to some 29 Diocese-Related Entities.

18477-002\DOCS_LA:138316.1
STANG AFFIDAVIT IN SUPPORT OF COMMITTEE
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

4. I oversaw the Title Information review that Jorge Rojas, a paralegal at PSZYJW, performed of the Title Information. I instructed Mr. Rojas to summarize the Title Information for each Diocese-Related Entity in the binder organized by Diocese-Related Entity. (The binder providing information based on the county in which the deeds were recorded is not part of Exhibit 1 or Exhibit 2). Attached hereto as Exhibit "2" is a true and correct copy of the spreadsheet that Mr. Rojas generated reflecting his summary of Title Information relating to the parishes against which the Committee brings the Motion (the "Parishes").

5. None of the Title Information indicates that anyone other than the Diocese has an interest in the Disputed Real Property that is used by the Parishes. (The term "Disputed Real Property" is defined in paragraph 14 of the Committee's Complaint but has been limited in the Motion to refer only to the Disputed Real Property relating to the Parishes).

6. Attached hereto as **Exhibit "3"** is a true and correct copy of the reporter's transcript of the meeting of creditors held in the above-captioned bankruptcy case on January 5, 2005.

7. The St. Patrick School is no longer part of the St. Patrick Parish in Walla Walla, Washington. Attached hereto as **Exhibit "4"** is a true and correct printout of the website, www.dioceseofspokane.org/Schools/schools.htm, printed on March 24, 2005. Exhibit 4 lists all Catholic schools in the Diocese. St. Patrick School is not on that list.

8. Attached hereto as **Exhibit "5"** is a true and correct copy of a page from the St. Patrick Parish webpage, which was accessed on the website, http://parishoneline.com/scripts/HostedSites/org.asp?p=3&ID=14610, printed on February 16, 2005.

18477-002\DOCS_LA:138316.1
STANG AFFIDAVIT IN SUPPORT OF COMMITTEE
MOTION FOR PARTIAL SUMMARY JUDGMENT – 2

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

9.      Attached hereto as **Exhibit "6"** is a true and correct copy of the memorandum opinion in <u>Akoury v. Roman Catholic Archbishop of Boston</u>, 2004 WL 2341333, 18 Mass.L.Rptr. 271 (Mass. Super. 2004).

10.     Attached hereto as **Exhibit "7"** is a true and correct copy of a Certificate of Amendment from the State of Washington Secretary of State, dated May 22, 1990.

11.     On or about March 15, 2005, I participated in a Federal Rule of Civil Procedure 16(b) telephonic conference (the "Rule 16(b) Conference"). Based on statements by the Diocese's counsel during that the Rule 16(b) Conference, the Diocese contends that parties to the instant adversary proceeding should include parishioners and donors of the Disputed Real Property or of funds used to maintain the Disputed Real Property. During the Rule 16(b) Conference, I asked the Diocese to explain its affirmative defense relating to failure to join necessary parties, and to identify such parties. Counsel responded that the parties would include people who might have an interest in the properties, such as parishioners and donors. I asked if the Diocese intended to amend further Statement Line 14 and Amended Statement Line 14 to add these parties. The Diocese counsel stated that the Diocese does not intend to do so. During this Rule 16(b) Conference, the Diocese stated that as trustee for the Disputed Real Property, it had an independent obligation to research any factual basis supporting the claims of beneficiaries.

12.     Attached hereto as **Exhibit "8"** is a true and correct copy of <u>Miller v. Catholic Bishop of Spokane</u>, 2004 WL 2074328 (Wash.App. 2004).

13.     Attached hereto as **Exhibit "9"** is a true and correct copy of the Lease dated October 1, 1997 by and between the Catholic Bishop of Spokane, a corporation sole (as lessor) and Northeast Washington Early Childhood Program (as lessee), which I received via facsimile on April 6, 2005, from John Ambrose Bardelli, Esq.,

18477-002\DOCS_LA:138316.1

STANG AFFIDAVIT IN SUPPORT OF COMMITTEE
MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 67    Filed 04/07/05    Entered 04/07/05 17:35:23    Pg 4 of 5

counsel of record to the appellant in <u>Miller v. Catholic Bishop of Spokane</u>, 2004 WL 2074328 (Wash.App. 2004).

14. Attached hereto as **Exhibit "10"** is a true and correct copy of the Catholic Diocese of Spokane Diocesan Policy Manual, printed from http://mail.dioceseofspokane.org/intranet/Policy/TableofContents.htm, printed on February 15, 2005. The e-filed copy is in a searchable .pdf format.

Dated: April 7, 2005

_____
James I. Stang

Sworn to and subscribed before me this 7th day of April, 2005.



MELISA DESJARDIEN
Commission # 1327770
Notary Public - California
Los Angeles County
My Comm. Expires Nov 27, 2005

Notary Public
My Commission Expires: [ 11/27/05 ]

18477-002\DOCS_LA:138316.1
STANG AFFIDAVIT IN SUPPORT OF COMMITTEE
MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 67    Filed 04/07/05    Entered 04/07/05 17:35:23    Pg 5 of 5