| | |
|---|---|
| Dillon E. Jackson, WSBA No. 1539<br>Foster Pepper & Shefelman PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, Washington 98101-3299<br>Telephone: (206) 447-4400<br>Facsimile No.: (206) 447-9700<br>Co-Counsel for Plaintiffs | Judge Patricia C. Williams |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In Re:<br><br>THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation sole,<br><br>                Debtor. | No. 04-08822-PCW-11<br><br>Chapter 11 |
| COMMITTEE OF TORT LITIGANTS,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE CATHOLIC BISHOP OF SPOKANE, et al.,<br><br>                Defendants, | Adv. Proc. No. 05-80038<br><br>JOINDER IN MOTION AND REPLY FILED BY TORT LITIGANTS COMMITTEE BY REPRESENTED TORT CLAIMANTS |

Dillon E Jackson and Michael Pfau, co-counsel for approximately 75 tort claimants in this bankruptcy, join in the pleadings filed herein by the Tort Litigants Committee and state as follows:

**1. Parties Represented In This Joinder.**

The creditors represented in this pleading include both Tort Litigants and Tort Claimants as that term is defined in the U.S. Trustee's appointments of the

JOINDER IN MOTION AND REPLY FILED BY TORT LITIGANTS COMMITTEE BY REPRESENTED TORT CLAIMANTS - 1

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ·· (206) 447-4400

50549109.1

05-80038-PCW   Doc 249   Filed 06/13/05   Entered 06/13/05 11:23:18   Pg 1 of 2

committees in this case (the "Joinder Parties"). Specifically in addition to the parties who have filed actions against the Debtor in this case, the Joinder Parties include holders of tort claims based upon sexual abuse who have not yet filed lawsuits.

**2. Joinder.**

This Summary Judgment is the subject of lengthy pleadings filed by the TLC and the Debtor. The Joinder Parties will not add to that extensive briefing.

Joinder Parties join in, and support the position of the Tort Litigants' Committee in this Motion for Summary Judgment.

DATED this 13th day of June, 2005.

FOSTER PEPPER & SHEFELMAN PLLC

By _____
   Dillon E. Jackson, WSBA No. 1539
   Attorneys for Group of Tort Claimants

JOINDER IN MOTION AND REPLY FILED BY TORT LITIGANTS COMMITTEE BY REPRESENTED TORT CLAIMANTS - 2

50549109.1

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ·· (206) 447-4400

05-80038-PCW    Doc 249    Filed 06/13/05    Entered 06/13/05 11:23:18    Pg 2 of 2