JOHN W. CAMPBELL, ESQ. (WSB 13798)
ESPOSITO, GEORGE & CAMPBELL, PLLC
960 Paulson Building
421 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-9219
Facsimile: (509) 624-9231

JAMES I. STANG, ESQ. (CA BAR 94435)
JOHN D. FIERO, ESQ. (CA BAR. 136557)
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES & WEINTRAUB P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for COMMITTEE OF TORT LITIGANTS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE** | Case No.: 04-08822-PCW11<br><br>Chapter 11 |
| **COMMITTEE OF TORT LITIGANTS,**<br><br>              Plaintiff,<br><br>v.<br><br>**THE CATHOLIC BISHOP OF SPOKANE, et al.,**<br><br>              Defendants. | Adv. Case No. 05-80038<br><br>**AFFIDAVIT OF JAMES I. STANG, ESQ. IN SUPPORT OF COMMITTEE OF TORT LITIGANTS' REPLY MEMORANDUM OF AUTHORITIES** |

18477-002\DOCS_LA:141110.2

STANG AFFIDAVIT IN SUPPORT OF COMMITTEE OF TORT LITIGANTS' REPLY MEMORANDUM OF AUTHORITIES

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW Doc 267 Filed 06/13/05 Entered 06/13/05 12:25:18 Pg 1 of 20

James I. Stang, being duly sworn, deposes and says:

1. I am an attorney at law duly authorized to practice before all of the courts for the State of California. I have also been admitted pro hac vice to appear in the above-captioned adversary proceeding. I am a shareholder in the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW"), counsel to the Committee of Tort Litigants (the "Committee") in the instant matter. I make this affidavit in support of the Committee of Tort Litigants' Reply Memorandum Of Authorities in Response to Oppositions and Cross Motion for Summary Judgment (Diocese Opposition and Cross Motion Docket Nos. 200 and 203 and Examplar of Parish Opposition at Docket No. 128) (the "Reply"), filed concurrently herewith. I make this Affidavit based on personal knowledge. If called as a witness, I would and could testify competently as to the matters contained herein.

2. Almost every affidavit submitted by the priest at a given parish includes one or more invoices for insurance. The insurance policies enumerated in the invoices include Policies 8434 (General Liability and Commercial Property) and XL 8434 (Umbrella Policy) written by the Catholic Mutual Relief Society. The Committee obtained copies of the referenced policies from Timothy Kosnoff, state court counsel for many of the plaintiffs in the prepetition state court litigation who obtained them from the Diocese. Policy 8434 states that the certificate holder is the Catholic Bishop of Spokane, A corporation Sole. There is no reference to the Parishes as certificate holders or beneficiaries. A true and correct copy of the face pages of the Policy 8434 is attached hereto as Exhibit 1.

3. In responses to interrogatories propounded in *Corrigan v. Catholic Bishop of Spokane*, Spokane County Superior Court Case No. 02-2-05956-7, the Diocese stated that the Catholic Bishop of Spokane was the insured in various insurance property and liability policies. A true and correct copy of the interrogatory response is attached hereto as Exhibit 2.

18477-002\DOCS_LA:141110.2
STANG AFFIDAVIT IN SUPPORT OF COMMITTEE OF TORT
LITIGANTS' REPLY MEMORANDUM OF AUTHORITIES

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW11    Filed 06/13/05    Entered 06/13/05 12:25:18    Pg 2 of 20

4. Attached hereto as Exhibit 3 is a true and correct copy of the "Brief Of Respondent Catholic Bishop of Spokane", filed in Munns v. Martin, Supreme Court of Washington, Case No. 63837-3.

5. I caused First American Title Insurance Company to obtain a copy of the Statutory Warranty Deed for the real property referenced in the declaration of Father Mangan (St. Joseph's-Otis Orchards Parish). A true and correct copy of the deed is attached hereto as Exhibit 4.

Dated: June 13, 2005

/s/ James I. Stang
James I. Stang

State of California )
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 13th day of June, 2005 by James I. Stang, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public
My Commission Expires: [11/27/05]



MELISA DESJARDIEN
Commission # 1327770
Notary Public - California
Los Angeles County
My Comm. Expires Nov 27, 2005

18477-002\DOCS_LA:141110.2
STANG AFFIDAVIT IN SUPPORT OF COMMITTEE OF TORT
ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW Doc 267 Filed 06/13/05 Entered 06/13/05 12:25:18 Pg 3 of 20

# Catholic Mutual Relief Society of America
## Declarations

( )

| | |
|---|---|
| Certificate Holder: | **The Catholic Bishop of Spokane, A Corporation Sole** |
| Address: | P. O. Box 1453 |
| | Spokane, WA 99210 |
| Charges Due at Inception: | $323,603.00 |
| Business of Certificate Holder | Catholic Diocese |
| Certificate Period From: | February 1, 1998 Noon Standard Time |
| To: | February 1, 1999 Noon Standard Time |

Coverage is provided in accordance with the following schedule of coverages. No coverage is provided for any part of this certificate unless a limit of liability or the word "Included" is shown for such coverage section or part.

| Section I-Property | Limit of Coverage/Liability | Deductible |
|---|---|---|
| A. & B. Building and Personal Property* | | $2,500 Per Location |
| C. Loss of Income*(Not to exceed 12 mos.) | 4,400,000 | |
| Earthquake Damage** | 4,000,000 | 5% (See Page 11) |
| | **Each Parish or if not a Parish each Location | |
| *Coverage is limited per building/contents or loss of income to the amount shown on the attached ledger page(s). | | |

| Section II-Liability Certificate Limit of Liability | $500,000 except as indicated below | |
|---|---|---|
| Limit(s) shown for the following is the maximum we will pay per occurrence/aggregate under the coverage part: | | |
| D. Bodily Injury, Property Damage, Personal Injury, Advertising Injury, Corporal Punishment | 500,000 | |
| E. Fire Legal Liability | 500,000 | |
| F. Medical Payments to Others | 5,000 | |
| G. Cemetery Errors & Omissions | 500,000 | |
| H. Counseling Errors & Omissions | 500,000 | |
| I. Sexual Misconduct - See Endt. for Retroactive Dates Paragraph 5(b) Notice Date is 2-1-96 | 850,000 Annual Aggregate | |
| J. Employee Benefits Errors & Omissions | 500,000 | |
| K. Employment Practices Liability | 100,000 Annual Aggregate | 20% Certificate Holder Participation |
| Optional: | | |
| Incidental Malpractice/Nursing Home/Professional Liability | 500,000 | |
| Liquor Liability (Limited) | 500,000 | |
| Excess Auto Liability - PKS 104-2(1-96) | 150,000 | |
| Excess Employers Liability - Form PKS-103-2(1-89) | 400,000 | |

| Section III-Crime Coverage Certificate Limit of Liability | $100,000 | |
|---|---|---|
| Employee Dishonesty-Agreement I (Blanket) | 100,000 | $2,500 |
| Theft-Agreement II-Money & Securities | 100,000 | $2,500 Per Act |
| Depositors Forgery-Agreement III (Including Counterfeit Money) | 100,000 | $2,500 |

PKS-101(1-98)      Page 1

**Catholic Bishop
RFP 1072**

| Section IV-Marine Forms Specific Coverage | Limit of Coverage/Liability | Deductible |
|---|---|---|
| Builders Risk Form PKS-102(7-92).................... | $4,000,000 | $2,500 |
| Builders Risk Theft Limited To.......................... | 25,000 | $2,500 |
| Computer Floater - PKS-108(1-89) | | |
|   A. Hardware-Replacement Cost......................... | See Ledger Page | $2,500 |
|   B. Media............................................................ | 20% of Amount on Ledger Page | $2,500 |
|   C. Extra Expense.............................................. | 20% of Amount on Ledger Page | $2,500 |
| Valuable Papers - Form PKS-127(1-89) | See Ledger Page | $2,500 |
| Mobile Equipment - Form PKS-110(1-89) | See Ledger Page | $2,500 |
| Property Floater - Form PKS-120(1-89) | See Ledger Page | $2,500 |
| Fine Arts Floater - Form PKS-112(1-89) | See Ledger Page | $2,500 |
| Accounts Receivable - Form PKS-136(1-89) | See Ledger Page | Nil |
| Ordinance or Law Coverage - Form PKS-156(6-91) Coverages A, B & C | $200,000 per Occurrence/ Annual Aggregate | Nil |
| **Section V-Directors & Officers** | | |
| Per Coverage Form    Retroactive PKS-128(1-98)    Date    2-1-89 | 500,000 | |
| **Section VI-Priests/Religious** | | |
| Persons Covered - Priests & Religious on assignment at covered locations............................. | | |
| Personal Property Coverage PKS-106(1-96)........ | 10,000 | $100 All Peril |
| Personal Liability - Each Priest on assignment at a covered location PKS-107(1-96)......... | 100,000 | |
| Personal Medical Payments - Per Person................................. | 500 | |
| **Section VII-Excess Liability** Per Coverage Form(s)    See XL8434 | Coverage Dates 7-1-97 to 7-1-98 | |
| A. (1) Each Occurrence, except Directors & Officers Liability.. | 15,000,000 | |
|     (2) Each Occurrence - Directors & Officers Liability.......... | 5,000,000 | |
| B. Annual Aggregate (Where Applicable)................................. | 15,000,000 | |
| C. Retained Limit...................................................................... | N/A | |
| **Section VIII-Boiler & Machinery** | | |
| Per Coverage Form    See Certificate PKS-139(2-90) | | $250 |

Certificate Forms and Endorsements Applicable at Inception:

Forms and Endorsements Applicable PKS-113-1

| | |
|---|---|
| Mortgagee - See Form    PKS-118(1-89) | Authorized Representative Catholic Mutual Relief Society |
| Loss Payable - See Form    PKS-119(1-89) | 4223 Center Street Omaha, Nebraska 68105 |

PKS-101(1-98)                                                  Page 2

***Catholic Bishop***
***RFP 1073***

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

| | |
|---|---|
| MICHAEL CORRIGAN, RC, MM, DE, RH, JB, JW, MN, JS and CC individually and as personal representative of the Estate of TC,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHOLIC BISHOP OF SPOKANE, a Corporation Sole, and PATRICK O'DONNELL, individual,<br><br>Defendants. | No. 02-2-05956-7<br><br>DEFENDANT O'DONNELL'S FIRST INTERROGATORIES & REQUEST FOR PRODUCTION TO DEFENDANT CATHOLIC BISHOP OF SPOKANE [AND ANSWERS THERETO] |

Pursuant to the Washington Civil Rules for Superior Court, defendant O'Donnell propounds the following interrogatories and requests for production of documents to be answered by defendant Catholic Bishop of Spokane within 30 days from the date of receipt. With respect to requests for production, all responsive material should be produced at the offices of Helsell Fetterman, LLP at 1325 Fourth Avenue, Ste. 1500, Seattle, Washington 98101.

1. **Interrogatory No. 1**: With respect to all of your insurance coverage including medical and liability policies during the past 10 years, state the following:

    (a) The name and address of the insurer(s);
    (b) The policy number;
    (c) The group and subscriber numbers, if applicable;
    (d) The dates of coverage;

DEF O'DONNELL'S 1ST INTERROGATORIES & REQUESTS FOR PRODUCTION OF DOC'S TO CATHOLIC BISHOP OF SPOKANE [AND ANSWERS THERETO] - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

COPY

(e) The name of each insured.

ANSWER:

(a) Catholic Mutual Relief Society of America, 4223 Center St., Omaha, Nebraska 68105
(b) 8434
(c) Not applicable
(d) February 1, 1993 - February 1, 2003
(e) The Catholic Bishop of Spokane, A Corporation Sole

2. Request For Production No. 1: Produce a copy of the insurance policy(ies) and all bills, invoices, and statements relating to medical expenses identified in the preceding interrogatory answer.

RESPONSE:

Please see attached.

Interrogatory No. 2: For each insurance agreement under which payments for injuries or damages have been paid as a result of this incident, state:

(a) The name of the insurance carrier;
(b) Policy number;
(c) Type of insurance coverage provided;
(d) The named insured;
(e) The amount of money received;
(f) The name, address and phone number of the insurance adjuster handling the claim.

ANSWER:

No payments for injuries or damages as a result of this incident have been made through any insurance agreement.

Request For Production No. 2: Produce a copy of the policy(ies) as referenced in Interrogatory No. 2.

RESPONSE:

Please see response to Interrogatory No. 2.

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

**Interrogatory No. 3**: Do you know of any insurance agreement under which any insurer may be liable to pay part or all of any damages as alleged in this lawsuit? If so, for each such insurance agreement, state:

(a) The name of the insured;
(b) The name of the insurer;
(c) The policy number;
(d) The effective date of coverage;
(e) The type of insurance coverage provided;
(f) The dollar limit for each coverage.

**ANSWER**:

This defendant's investigation of insurance coverage is ongoing. Based upon information developed to date, coverage has been determined as follows:

(a) **Catholic Bishop of Spokane**
(b) **General Insurance Company of America**
(c) **CP317215**
(d) **February 1, 1971 - February 1, 1972**
(e) **Blanket Liability**
(f) **$200,000 each person / $2,000,000 each occurrence / aggregate**

(a) **Catholic Bishop of Spokane**
(b) **Unknown**
(c) **Unknown**
(d) **February 1, 1971 - February 1, 1972**
(e) **Excess Liability**
(f) **$1,000,000**

(a) **Catholic Bishop of Spokane**
(b) **Oregon Automobile Insurance Co.**
(c) **CP10500**
(d) **February 1, 1972 - February 1, 1973**
(e) **Blanket Liability**
(f) **$200,000 / $2,000,000**

(a) **Catholic Bishop of Spokane**
(b) **Unknown**
(c) **Unknown**
(d) **February 1, 1972 - February 1, 1973**
(e) **Excess Liability**
(f) **$2,000,000**

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Exhibit 2 Page 8
05-80038-PCW   Doc 267   Filed 06/13/05   Entered 06/13/05 12:25:18   Pg 8 of 20

1. (a) Catholic Bishop of Spokane
   (b) Oregon Automobile Insurance Co.
   (c) CP10500
   (d) February 1, 1973 - February 1, 1974
   (e) Blanket Liability
   (f) $200,000 / $1,000,000

   (a) Catholic Bishop of Spokane
   (b) Unknown
   (c) Unknown
   (d) February 1, 1973 - February 1, 1974
   (e) Excess Liability
   (f) $5,000,000

   (a) Catholic Bishop of Spokane
   (b) Oregon Automobile Insurance Company
   (c) CP10500
   (d) February 1, 1974 - February 1, 1975
   (e) Blanket Liability
   (f) $200,000 / $1,000,000

   (a) Catholic Bishop of Spokane
   (b) Unknown
   (c) Unknown
   (d) February 1, 1974 - February 1, 1975
   (e) Excess Liability
   (f) $5,000,000

   (a) Catholic Bishop of Spokane
   (b) Oregon Automobile Insurance Co.
   (c) CP16200
   (d) February 1, 1975 - February 1, 1976
   (e) Blanket Liability
   (f) $200,000 / $1,000,000

   (a) Catholic Bishop of Spokane
   (b) Unknown
   (c) Unknown
   (d) February 1, 1975 - February 1, 1976
   (e) Excess Liability
   (f) $5,000,000

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Exhibit 2 Page 9
05-80038-PCW    Doc 267    Filed 06/13/05    Entered 06/13/05 12:25:18    Pg 9 of 20

|     |     |                                          |
| --- | --- | ---------------------------------------- |
|     | (a) | Catholic Bishop of Spokane               |
|     | (b) | Continental Insurance Co.                |
|     | (c) | CBP907065                                |
|     | (d) | February 1, 1976 - February 1, 1977      |
|     | (e) | Blanket Liability                        |
|     | (f) | $300,000 / $300,000                      |
|     |     |                                          |
|     | (a) | Catholic Bishop of Spokane               |
|     | (b) | Unknown                                  |
|     | (c) | Unknown                                  |
|     | (d) | February 1, 1976 - February 1, 1977      |
|     | (e) | Excess Liability                         |
|     | (f) | $5,000,000                               |
|     |     |                                          |
|     | (a) | Catholic Bishop of Spokane               |
|     | (b) | Indiana Insurance Co.                    |
|     | (c) | 12128239                                 |
|     | (d) | February 1, 1977 - February 1, 1978      |
|     | (e) | Blanket Liability                        |
|     | (f) | $250,000 / $500,000                      |
|     |     |                                          |
|     | (a) | Catholic Bishop of Spokane               |
|     | (b) | Unknown                                  |
|     | (c) | Unknown                                  |
|     | (d) | February 1, 1977 - February 1, 1978      |
|     | (e) | Excess Liability                         |
|     | (f) | $2,000,000                               |
|     |     |                                          |
|     | (a) | Catholic Bishop of Spokane               |
|     | (b) | Indiana Insurance Co.                    |
|     | (c) | 12128239                                 |
|     | (d) | February 1, 1978 - February 1, 1979      |
|     | (e) | Blanket Liability                        |
|     | (f) | $250,000 / $500,000                      |
|     |     |                                          |
|     | (a) | Catholic Bishop of Spokane               |
|     | (b) | Unknown                                  |
|     | (c) | Unknown                                  |
|     | (d) | February 1, 1978 - February 1, 1979      |
|     | (e) | Excess Liability                         |
|     | (f) | $2,000,000                               |

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 5

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Exhibit 2 Page 10

05-80038-PCW    Doc 267    Filed 06/13/05    Entered 06/13/05 12:25:18    Pg 10 of 20

| | | |
|---|---|---|
| (a) | Catholic Bishop of Spokane | |
| (b) | CNA Insurance Co. | |
| (c) | IP4060136 | |
| (d) | February 1, 1979 - February 1, 1980 | |
| (e) | Blanket Liability | |
| (f) | $500,000 / $500,000 | |

(a) Catholic Bishop of Spokane
(b) Unknown
(c) Unknown
(d) February 1, 1979 - February 1, 1980
(e) Excess Liability
(f) $2,000,000

(a) Catholic Bishop of Spokane
(b) Continental Casualty Co. (CNA)
(c) IP6514553
(d) February 1, 1980 - February 1, 1981
(e) Blanket Liability
(f) $500,000 / $500,000

(a) Catholic Bishop of Spokane
(b) Unknown
(c) Unknown
(d) February 1, 1980 - February 1, 1981
(e) Excess Liability
(f) $2,000,000

(a) Catholic Bishop of Spokane
(b) Aetna Insurance Co.
(c) CPP443395
(d) February 1, 1981 - February 1, 1982
(e) Blanket Liability
(f) $500,000 / $500,000

(a) Catholic Bishop of Spokane
(b) Unknown
(c) Unknown
(d) February 1, 1981 - February 1, 1982
(e) Excess Liability
(f) $5,000,000

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 6

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

05-80038-PCW   Doc 267   Filed 06/13/05   Entered 06/13/05 12:25:18   Pg 11 of 20
Exhibit 2 Page 11

| | (a) | Catholic Bishop of Spokane |
|---|---|---|
| | (b) | The Home Indemnity Company |
| | (c) | IST-P 192685 |
| | (d) | February 1, 1982 - February 1, 1984 |
| | (e) | Comprehensive General Liability |
| | (f) | $500,000 each occurrence / $500,000 aggregate |

(a) Catholic Bishop of Spokane
(b) Mission National Insurance Co.
(c) MN007465
(d) February 1, 1982 - February 1, 1984
(e) Umbrella Excess Liability
(f) $15,000,000

(a) Catholic Bishop of Spokane
(b) The Home Indemnity Company
(c) IST-P 199450
(d) February 1, 1984 - February 1, 1985
(e) Comprehensive General Liability
(f) $500,000 each occurrence / $500,000 aggregate

(a) Catholic Bishop of Spokane
(b) Commercial Insurance Company
(c) CBP905610
(d) February 1, 1985 - February 1, 1987
(e) Comprehensive General Liability
(f) $1,000,000 each occurrence / $1,000,000 aggregate

(a) Catholic Bishop of Spokane
(b) Mission National Insurance Co.
(c) MN043888
(d) February 1, 1985 - February 1, 1986
(e) Umbrella Excess Liability
(f) $5,000,000

(a) Catholic Bishop of Spokane
(b) National Surety Corp. (Fireman's Fund)
(c) 0-86-XLX-1735117
(d) February 1, 1985 - February 1, 1986
(e) Blanket Excess Liability
(f) $10,000,000

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 7

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

(a) Catholic Bishop of Spokane
(b) Mission National Insurance Co.
(c) MA001903
(d) February 1, 1986 - February 1, 1987
(e) Umbrella Excess Liability
(f) $4,000,000

3. <u>Request For Production No. 3</u>: Produce a copy of the policy(ies) as referenced in Interrogatory No. 3.

<u>RESPONSE</u>:

Please see the attached policies and other documentation evidencing insurance coverage.

DATED this 28th day of January, 2003.

HELSELL FETTERMAN LLP

By /s/
John G. Bergmann, WSBA #386
Attorneys for Defendant O'Donnell

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 8

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Exhibit 2 Page 13

05-80038-PCW    Doc 267    Filed 06/13/05    Entered 06/13/05 12:25:18    Pg 13 of 20

CR26(g) CERTIFICATION:

Answers dated this 15th day of April, 2003.

PAINE, HAMBLEN, COFFIN, BROOKE
& MILLER LLP

By: _____
Gregory J. Arpin, WSBA #2746
Attorneys for Defendant,
Catholic Bishop of Spokane

DECLARATION:

I am the representative for the Catholic Bishop of Spokane, and I declare under penalty of perjury under the laws of the State of Washington that I have read the foregoing answers to interrogatories, know the contents thereof and believe the same to be true and correct.

SIGNED at Spokane, Washington this 17th day of April, 2003.

_____
Signature
Rev. Steven L. Dublinski
Print
Vicar General / Moderator of the Curia
Title

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 9

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000*

Exhibit 2 Page 14
05-80038-PCW   Doc 267   Filed 06/13/05   Entered 06/13/05 12:25:18   Pg 14 of 20

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of April, 2003, I caused to be served a true and correct copy of the foregoing DEFENDANT O'DONNELL'S FIRST INTERROGATORIES & REQUEST FOR PRODUCTION TO DEFENDANT CATHOLIC BISHOP OF SPOKANE [AND ANSWERS THERETO] to the following:

```
____ HAND DELIVERY           Michael T. Pfau
____ U.S. MAIL               Gordon, Thomas, Honeywell, Malanca,
  X  OVERNIGHT MAIL            Peterson & Daheim LLP
____ VIA FACSIMILE           P.O. Box 1157
                             Tacoma, WA  98401-1157

____ HAND DELIVERY           Timothy D. Kosnoff
____ U.S. MAIL               Law Offices of Timothy D. Kosnoff
  X  OVERNIGHT MAIL          800 Bellevue Way N.E., Ste. 300
____ VIA FACSIMILE           Bellevue, WA  98004

____ HAND DELIVERY           John Gilbert Bergmann
____ U.S. MAIL               Helsell Fetterman LLP
  X  OVERNIGHT MAIL          1325 Fourth Ave., Ste. 1500
____ VIA FACSIMILE           P.O. Box 21846
                             Seattle, WA  98111-3846
```

*Bruce T. Bennett* (signature)

Print Name: Bruce T. Bennett

I:\Spodocs\13066\00010\disc\00099870.WPD

DEF O'DONNELL'S 1ST INTERROGATORIES &
REQUESTS FOR PRODUCTION OF DOC'S
TO CATHOLIC BISHOP OF SPOKANE
[AND ANSWERS THERETO] - 10

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Michael Corrigan, et. al. vs. Catholic Bishop of Spokane, et. al.
Spokane County Superior Court Cause No. 02-2-05956-7

Defendant O'Donnell's First Interrogatories and
Requests for Production to Defendant Catholic Bishop of Spokane
[And Answers Thereto]

# INDEX OF INSURANCE POLICIES AND/OR EVIDENCE OF INSURANCE POLICIES PRODUCED BY DEFENDANT CATHOLIC BISHOP OF SPOKANE

1. **General Insurance Company of America**
   (Safeco) Policy No. CP317215 (2/1/71 - 2/1/72) .......................... 0305-0312

2. **Oregon Automobile Insurance Company**
   Policy No. CP10500 (2/1/72 - 2/1/73) ................................. 0313-0336

3. **Oregon Automobile Insurance Company**
   Policy No. CP10500 (2/1/73 - 2/1/74) ................................. 0337-0344

4. **Oregon Automobile Insurance Company**
   Policy No. CP 10500 (2/1/74 - 2/1/75) ................................ 0345-0353

5. **Oregon Automobile Insurance Company**
   Policy No. CP16200 (2/1/75 - 2/1/76) ................................. 0354-0368

6. **Continental Insurance Company**
   Policy No. CBP907065 (2/1/76 - 2/1/77) ............................... 0369-0380

7. **Indiana Insurance Company**
   Policy No. 12128239 (2/1/77 - 2/1/78) ................................ 0381-0389

8. **Indiana Insurance Company**
   Policy No. 12128239 (2/1/78 - 2/1/79) ................................ 0390-0397

9. **CNA Insurance Company**
   Policy No. IP4060136 (2/1/79 - 2/1/80) ............................... 0398-0434

10. **Continental Casualty Company**
    (CNA) Policy No. IP6514553 (2/1/80 - 2/1/81) ........................ 0435-0492

11. **Aetna Insurance Company**
    Policy No. CPP443395 (2/1/81 - 2/1/82) .............................. 0493-0500

12. **The Home Indemnity Company**
    Policy No. IST-P192685 (2/1/82 - 2/1/84) ............................ 0501-0644

13. **Mission National Insurance Company**
    Policy No. MN007465 (2/1/82 - 2/1/84) ............................... 0645-0660

| | | |
|---|---|---|
| 14. | The Home Indemnity Company<br>Policy No. IST-P199450 (2/1/84 - 2/1/85) | 0661-0815 |
| 15. | Commercial Insurance Company<br>(Continental) Policy No. CBP905610 (2/1/85 - 2/1/87) | 0816-0904 |
| 16. | Mission National Insurance Company<br>Policy No. MN043888 (2/1/85 - 2/1/86) | 0905-0921 |
| 17. | National Surety Corporation<br>(Fireman's Fund) Policy No. 0-86XLX-1735117 (2/1/85 - 2/1/86) | 0922-0927 |
| 18. | Mission National Insurance Company<br>Policy No. MA001903 (2/1/86 - 2/1/87) | 0928-0959 |
| 19. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/93 - 2/1/94) | 0960-1004 |
| 20. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/94 - 2/1/95) | 1005-1010 |
| 21. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/95 - 2/1/96) | 1011-1014 |
| 22. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/96 - 2/1/97) | 1015-1034 |
| 23. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/97 - 2/1/98) | 1035-1071 |
| 24. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/98 - 2/1/99) | 1072-1115 |
| 25. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/99 - 2/1/00) | 1116-1166 |
| 26. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/00 - 2/1/01) | 1167-1176 |
| 27. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/01 - 2/1/02) | 1177-1204 |
| 28. | Catholic Mutual Relief Society of America<br>Certificate No. 8434 (2/1/02 - 2/1/03) | 1205-1251 |

I:\Spodocs\13066\00010\disc\00108740.WPD

No. 63837-3

SUPREME COURT
STATE OF WASHINGTON

---

Frank Munns, Joseph Doetsch, Nadine Gerky, Denise O'Bryan, Betty Murray, Margaret Heumphreus, and Russell Bergevin,

                              *Appellants*,

v.

Robert C. Martin, Development Services Manager of the City of Walla Walla, and City of Walla Walla, a Municipal Corporation,

                              *Respondents*,

and

Catholic Bishop of Spokane,

                              *Respondent*.

---

BRIEF OF RESPONDENT CATHOLIC BISHOP OF SPOKANE

---

                              Michael C. Geraghty
                              Attorney for Respondent
                              CATHOLIC BISHOP OF
                              SPOKANE

WSBA #5152
Turner, Stoeve & Gagliardi, P.S.
P.O. Box 5210
Spokane, WA 99205
(509) 326-1552

**TABLE OF AUTHORITIES**

Table of Cases

Page

Church of St. Paul & St. Andrew v. Barwick,
    67 N.Y.2d 510, 496 N.E.2d 183,
    cert. denied, 479 U.S. 985
    (1986) . . . . . . . . . . . . . . . 7

Employment Div., Dep't of Human Resources
    of Or. v. Smith, 494 U.S. 872, 110 S.Ct.
    1595, 108 L.Ed. 2d, 876
    (1990) . . . . . . . . . . . . . . . 10, 11,
    . . . . . . . . . . . . . . . . . . 13

First Covenant Church v. Seattle, 120
    Wn.2d 203, 840 P.2d 174 (1992) . . . 3, 4, 5,
    . . . . . . . . . . . . . . . . . . 6, 7, 8,
    . . . . . . . . . . . . . . . . . . 9, 11,
    . . . . . . . . . . . . . . . . . . 12, 13,
    . . . . . . . . . . . . . . . . . . 14, 16

First United Methodist Church of Seattle
    v. Hearing Examiner for the Seattle
    Landmarks Preservation Board,
    No. 62805-0 Wash. S.Ct.
    (May 9, 1996) . . . . . . . . . . . 5, 6,
    . . . . . . . . . . . . . . . . . . 11, 12

St. Bartholomew's Church v. City of New
    York, 914 F.2d 348 (2nd Cir. 1990),
    cert. denied, 499 U.S. 905
    (1991). . . . . . . . . . . . . . . 13

Sherbert v. Verner, 374 U.S. 398, 83 S.Ct.
    1790, 10 L.Ed 2d 965 (1963) . . . . 6, 11

State Ex Rel Bolling v. Superior Court,
    16 Wn.2d 373, 133 P.2d 803
    (1943). . . . . . . . . . . . . . . 10

State Ex Rel Todd v. Yelle, 7 Wn.2d 443,
    110 P.2d 162 (1941) . . . . . . . . .   3, 4

Sumner v. First Baptist Church, 97 Wn.2d 1,
    39 P.2d 1358 (1982) . . . . . . . . .   10

Witters v. Comm'n for the Blind, 112 Wn.2d
    363, 771 P.2d 1119, *cert. denied*,
    493 U.S. 850 (1989) . . . . . . . . .   10

## Constitutional Provisions

U.S. Constitution, First Amendment . . . .   5, 7

Washington State Constitution, Article I,
    Section 11 . . . . . . . . . . . . . .   5, 8,
    . . . . . . . . . . . . . . . . . . .    9, 10

## Statutes and Regulations

Religious Freedoms Restorations Act,
    42 U.S.C. §2000(b)-2000(4) . . . . .   10, 11

Walla Walla Municipal Code §20.14.040 . . .   3, 4

Walla Walla Municipal Code §20.146 . . . .   4, 16

Washington Administrative Code
    §197-11-330(3)(3)(i) . . . . . . . . .   3, 4,
    . . . . . . . . . . . . . . . . . . .    6, 8,
    . . . . . . . . . . . . . . . . . . .    11, 16

Exhibit 3 Page 20
05-80038-PCW    Doc 267    Filed 06/13/05    Entered 06/13/05 12:25:18    Pg 20 of 20