JOHN W. CAMPBELL, ESQ. (WSB 13798)
ESPOSITO, GEORGE & CAMPBELL, PLLC
960 Paulson Building
421 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-9219
Facsimile: (509) 624-9231

JAMES I. STANG, ESQ. (CA BAR 94435)
JOHN D. FIERO, ESQ. (CA BAR 136557)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for COMMITTEE OF TORT LITIGANTS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:**<br><br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE**<br><br>Debtor. | Case No.: 04-08822-PCW11<br><br>Chapter 11 |
| **COMMITTEE OF TORT LITIGANTS,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CATHOLIC BISHOP OF SPOKANE, et al.,**<br><br>Defendants. | Adv. Case No. 05-80038<br><br>**DECLARATION OF TIMOTHY D. KOSNOFF IN SUPPORT OF COMMITTEE OF TORT LITIGANTS' MEMORANDUN OF AUTHORITIES IN RESPONSE TO OPPOSITIONS AND CROSS MOTION FOR SUMMARY JUDGMENT (DOCKET NOS. 200 and 203; EXEMPLAR OF PARISH OPPOSITION AT DOCKET NO. 128)** |

DECLARATION OF TIMOTHY D. KOSNOFF      1
18477-002\DOCS_LA:140771.3

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219  Fax: (509) 624-9231

05-80038-PCW    Doc 269    Filed 06/13/05    Entered 06/13/05 12:32:15    Pg 1 of 20

I, Timothy D. Kosnoff, hereby declare and state as follows:

1. I am over the age of eighteen and competent to testify to the statements contained herein. I make this declaration based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Washington. I am co-counsel for 95% of the state court lawsuits (the "State Court Actions") filed against the Catholic Bishop of Spokane also known as the Catholic Diocese of Spokane (the "Debtor").

3. In the State Court Actions, the Debtor took the deposition of numerous individuals. Attached hereto are excerpts from five of those depositions.

4. In the hundreds of pages of declarations and pleading that the Debtor and the parishes filed in response to the Tort Litigant Committee's Motion for Partial Summary Judgment, there was no mention of a single survivor of sexual abuse by clergy. The Debtor and the parishes are doing everything possible to deny justice and healing to the survivors of sexual abuse by clergy and to muddy the issues with Canon Law.

5. The fact remains that the children of faithful Catholic families were sodomized, fondled, and robbed of their innocence by priests within the Diocese of Spokane. These acts occurred over the years while their parents were members of parishes within the Diocese of Spokane and were contributing money to the parishes like most other Catholic families.

6. Attached hereto as Exhibit A are excerpts of the deposition transcript of John Doe. The deposition was taken by Greg Arpin of Paine, Hamblen, Coffin, Brooke & Miller LLP, counsel for the Debtor. My co-counsel, Duane Rasmussen, defended John Doe in the deposition. In the excerpt, John Doe testifies that when he

DECLARATION OF TIMOTHY D. KOSNOFF    2
18477-002\DOCS_LA:140771.1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 269    Filed 06/13/05    Entered 06/13/05 12:32:15    Pg 2 of 20

was 11 or 12 years old Father Knecht grabbed him and opened his pants. Father Knecht then instructed John Doe to get his penis out. Thereafter, Father Knecht proceeded to take a toothbrush and scrub John Doe's penis to clean it up causing bleeding and pain for weeks. For the next two years, Father Knecht would continuously instruct John Doe to remove his penis from his pants so that Father Knecht could check to see if he was clean. Father Knecht would also kiss John Doe on the lips with such force as to cause his teeth to touch John Doe's teeth. The abuse continued.

7. John Doe also testifies that he was once approached by Father O'Malley from behind. Father O'Malley reached in front of John Doe and started fondling his genitals.

8. Attached hereto as Exhibit B are excerpts from the January 6, 2004 deposition transcript of Cheryl E. Corrigan. The deposition was taken by Greg Arpin of Paine, Hamblen, Coffin, Brooke & Miller LLP, counsel for the Debtor. I defended Cheryl E. Corrigan in the deposition. In the excerpt, Cheryl Corrigan describes the circumstances which led to her husband's realization that he was sexually abused by Father O'Donnell. Cheryl Corrigan also describes the events of the days preceding and following the suicide of her husband, which left her as a single mother of two young children.

9. Attached hereto as Exhibit C are excerpts from the April 22, 2004 deposition transcript of BN. The deposition was taken by Donald Stone of Paine, Hamblen, Coffin, Brooke & Miller LLP, counsel for the Debtor. I defended BN in the deposition. In the excerpts, BN describes how his abuse by Father O'Donnell started at the age of 12 and continued for approximately four years. BN describes how Father O'Donnell caused BN to masturbate him, and how Father O'Donnell masturbated and sodomized BN. BN also describes how Father O'Donnell allowed another adult to

DECLARATION OF TIMOTHY D. KOSNOFF  3
18477-002\DOCS_LA:140771.1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 269    Filed 06/13/05    Entered 06/13/05 12:32:15    Pg 3 of 20

come to Father O'Donnell's cabin at Lake Coeur d'Alene and sexually abuse BN.

10. Attached hereto as Exhibit D are excerpts from the May 26, 2004 deposition transcript of James Doe. The deposition was taken by John G. Bergmann of Helsell Fetterman, counsel for Patrick O'Donnell. Donald Stone of Paine, Hamblen, Coffin, Brooke & Miller LLP, counsel for the Debtor, was also present. My co-counsel, Michael Pfau, defended James Doe in the deposition. In the excerpts, James Doe testifies that on a retreat he woke up to find Father O'Donnell laying almost on top of him rubbing his back and reaching into his shorts and rubbing his buttocks. After James Doe was able to resist Father O'Donnell's attempts to turn James Doe over, Father O'Donnell inserted his finger in James Doe's rectum and left him alone for the balance of the night. James Doe was in junior high at the time. On a separate occasion, Father O'Donnell led James Doe to the deep end of a swimming pool and pushed him against the wall of the pool and started masturbating James Doe. James Doe could feel Father O'Donnell's erect penis in his back. On that same day, Father O'Donnell again approached James Doe, this time in the shower, and had James Doe touch his erect penis.

11. Attached hereto as Exhibit E are excerpts from the May 27, 2004 deposition transcript of Joseph Doe. The deposition was taken by Donald Stone of Paine, Hamblen, Coffin, Brooke & Miller LLP, counsel for the Debtor. My co-counsel, Michael Pfau, defended Joseph Doe in the deposition. In the excerpts, Joseph Doe describes how at his first confession Father O'Donnell caused him to kneel before him and say a prayer. Then Father O'Donnell grabbed Joseph Doe's hand and put it underneath his rob where his penis was exposed and used Joseph Doe's hand to masturbate. Joseph Doe was 12 years old at the time. On another occasion, Father O'Donnell took Joseph Doe and his family on a boating trip. Joseph Doe was asleep by himself when he felt Father O'Donnell on top of him with one hand on Joseph Doe's mouth and the other hand in Joseph Doe's shorts masturbating

DECLARATION OF TIMOTHY D. KOSNOFF 4
18477-002\DOCS_LA:140771.1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219 Fax: (509) 624-9231

05-80038-PCW    Doc 269    Filed 06/13/05    Entered 06/13/05 12:32:15    Pg 4 of 20

him aggressively. Father O'Donnell stopped in response to Joseph Doe's continuous crying.

12. Exhibits A through E represent only a fraction of the stories of the lives that were shattered by the inhumane actions of certain priests.

13. The plaintiffs in the State Court Actions should not be treated as vexatious litigants who seek nothing but the downfall of the Roman Catholic Church. They should be treated as people who were robbed of their youth and deserve healing and justice for what they have suffered and will continue to suffer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 10th day of June, 2005, at Seattle, Washington.

Timothy D. Kosnoff

DECLARATION OF TIMOTHY D. KOSNOFF    5
18477-002\DOCS_LA:140771.1

ESPOSITO, GEORGE, & CAMPBELL, P.L.L.C.
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201-0407
Phone: (509) 624-9219  Fax: (509) 624-9231

EXHIBIT A

```
1   A.  Yeah.
2   Q.  Is there a particular clinic you go to?
3   A.  Generally I go down to Riverside, the main one down
4   here.
5   Q.  Have you ever gone to any chiropractors over your life?
6   A.  No.
7   Q.  Have you ever attempted suicide?
8   A.  No.
9   Q.  Ever thought about suicide?
10  A.  I've thought about it.
11  Q.  Thought about doing it?
12  A.  Thought about it but never did.
13  Q.  Well, obviously. Have you ever taken any, undertaken
14  any acts to end your own life?
15  A.  No.
16  Q.  Okay. I want to shift gears here now and go back to
17  your time growing up in Chewelah, and I want you to tell me
18  about the incidents that you have alluded to or referred to
19  regarding both or either Knecht and O'Malley, and, unless
20  your counsel has an objection, what I'd like you to do is
21  just kind of start from the beginning and, and just tell me
22  the story, and then I'll have some questions to follow up
23  for you, but I kind of just want you to lay the story out
24  for me if you can, as best you can?
25      MR. RASMUSSEN: That's fine.
```

80

1    MR. ARPIN: All right.
2    A. Well, let's see, first and foremost I have to say that I
3    was in, I don't know if I am starting this out right or not,
4    but I'm going to say the fact that I did have an uncle that
5    was a priest, is that all right?
6    Q. (BY MR. ARPIN) Fine.
7    A. All right, and I was raised in a pretty believing
8    Catholic family. I no longer practice today because of the
9    incidents in my life.
10       When I first, now do you want O'Malley first or Knecht
11   first?
12   Q. I want you to just start from the beginning, the first
13   incidents that you remember of sexual abuse by anyone
14   really, I mean either Knecht or O'Malley or anyone else if
15   there was someone else?
16   A. No, I never had anything except for the priest. Father
17   Knecht was the first one I had and I was, I remember I was
18   5th or 6th grade and I was playing with myself, in fact I
19   was masturbating in the classroom, you know, we had the
20   covered big desks.
21       I remember a girl by the name of ███████████ was
22   across from me. I know ██████ is the one that went and told
23   the sister, and then I was probably 11, 12, and I know I
24   was helping out, filling the coal in the furnace. That was
25   great because I would get out and go downstairs and do that,

81

1 but anyway at that time, and ███ went and told sister.

2 Instead of sending me to the cloak room like she
3 normally did she stood me in the hallway. I think, if I
4 remember right, she sent kids over to Father and Father
5 showed up, Father Knecht, he showed up and he says, "You are
6 going over to the house," and I thought I was going to get
7 swats because I had gotten swats before from him with a
8 paddle.

9 Q. Doing other things?

10 A. Yes, I was an ornery little shit. I mean I wasn't mean
11 mean but I would get in little troubles like spit wads,
12 mostly trying to keep quiet. I was always yakking, sister
13 would tell me to keep quiet or something, then I would get
14 held in or something like that.

15 So then I was there and Father got me and grabbed me by
16 the shoulder and took me over across to his place.

17 Q. To the rectory?

18 A. To the rectory, and he stopped downstairs and he says,
19 "You go up there and go to my room," and he says, I don't
20 remember if something was at the door or something. I
21 remember him talking, there was nobody else there. He says,
22 "You go to my room," and I went up the stairs and then he
23 got up there.

24 He, I tighten up a little bit but anyway, I was up there
25 and he grabbed me and I, God, I can't remember if it was

82

1 | right or left side but I remember he had one hand on me, and
2 | I was, he went around my waist, he had me like this, and he
3 | opened up my pants. I remember he was telling me, take that
4 | thing out of there, or something like that. I can't
5 | remember the exact words, but anyway I had my penis laying
6 | on the sink, and he had one, he had his arm around my waist
7 | so I couldn't get away and he was scrubbing it with a
8 | toothbrush, and I was hollering like hell, and he wouldn't
9 | stop, and he just kept doing it for a while. And then he,
10 | just all of a sudden he just said something. I can't even
11 | remember it was. He slams the door and he goes on. I'm
12 | standing there bawling. I don't know else to do.
13 | Q. Okay.
14 | A. Well, then he came back and opened the door, told me to
15 | clean up. Then he cleaned me up, and then I went back to
16 | class.
17 | I come on back down the stairs, I remember that, and
18 | then he told me, you go on back to class. I just got back
19 | and it was time to go home, and I know it was bleeding at
20 | the time. I had to put a paper towel around it.
21 | Q. Your penis was bleeding?
22 | A. Oh, yeah.
23 | Q. From him what, scrubbing it?
24 | A. Scrubbing it with a toothbrush.
25 | Q. So he had you take your penis out or did he take it out?

83

1  A. That I can't remember. I, I remember it when he started
2  with that brush, I remember it hurt, I remember I hollered
3  like hell. I remember he had an arm around me. I wasn't
4  very big then. I was a big boy but I wasn't real big, and
5  he scrubbed it out on me, and then I remember that I
6  couldn't go home, tell my dad, I couldn't tell anybody. I
7  didn't tell anybody until Eastern.
8  Q. Until Eastern?
9  A. I mean Western, excuse me, I said Eastern, Western.
10       In all them years I mean I lived with that, and I know
11  that, I know there was times that I should have told like,
12  you know, like my uncle come up, and I should have told him.
13  I should have told dad but I couldn't tell him. All them
14  years I couldn't tell people about it.
15 Q. Why did you think you couldn't tell someone?
16 A. Well, he kept telling me I was dirty.
17 Q. Is that what he was saying when he was scrubbing you?
18 A. Uh-huh, then he would ask me, and then there was times
19  that I went out, I told him about it, that we would take a
20  ride in a car or something. He would check me out to see if
21  I was clean or dirty down there, but he never really
22  masturbated me, he just pulled back that foreskin, let me
23  see that.
24       And then there was times he would, sometimes he would
25  give me a kiss, or a slurpy kiss I called them, and hug and

84

1  give me a slurpy kiss.
2  Q.  We are still talking about Knecht here?
3  A.  Yeah.  And that went on for about, off and on I can't
4  say how many times.  I can't remember how many times but I
5  know it was occasionally this all went on, and then he went
6  on that, and he would always tell me I was dirty, and there
7  was times he would ask me in the confession whether I was
8  clean or dirty.  There was no way of touching me in the
9  confessional but he was asking me, are you keeping yourself
10 clean.  I knew what he meant.
11     And there was times that even though I worked for him,
12 even though, I mean it just, I knew what he meant, you know
13 what I'm saying, in the confessional I would say, yes,
14 Father, or something like that.  But I was, I was always
15 scared he was going to do it again, let's put it that way,
16 and I couldn't tell people about it.
17     He, in the back of the church in the vestibule he would
18 kiss me back there a few times.  It was sort of an odd
19 thing, when I think back on it.
20     This went on until I stole wine from him, then it quit.
21 Q.  After you stole wine from him?
22 A.  Yeah, during church.
23 Q.  So the first time this occurred was when you were in the
24 5th or 6th grade?
25 A.  Yeah.

85

| | |
|---|---|
| 1 | Q. And this girl saw you masturbating in the class? |
| 2 | A. In the classroom, right, underneath the desk I was |
| 3 | masturbating. |
| 4 | Q. Did you have your penis -- |
| 5 | A. Yes. |
| 6 | Q. -- out or were you, are you rubbing yourself? |
| 7 | A. No, I had my penis out. |
| 8 | Q. Had you done that before in class, before that time? |
| 9 | A. Not that I can remember. I might have done it with them |
| 10 | playing myself in my pants or something but I don't remember |
| 11 | having it out. But I remember that time there that I think |
| 12 | it was her and ▆▆▆▆▆▆ (phonetic). |
| 13 | Q. So then he takes you over to his house and then he has |
| 14 | you, either he lays your penis on the sink or you do it, and |
| 15 | then when he scrubs you with a toothbrush did you ejaculate, |
| 16 | or I mean was it too painful? Did you get an erection? |
| 17 | A. It was hard, it was hard but I don't remember how it got |
| 18 | hard. I can't remember that. I remember it being hard |
| 19 | because that is when he scrubbed it was when it was hard. I |
| 20 | can remember that, and I can't remember whether I ejaculated |
| 21 | or not. It was hurting and I remember I was screaming, stop |
| 22 | it, stop it, or something. I don't think I screamed very |
| 23 | much. I really don't, I can't remember really. All I can |
| 24 | remember, I can almost see it and feel it today. That's |
| 25 | where I met with him, but I mean he is dead and gone. There |

86

```
 1  is nothing you can do to him.
 2  Q.  That was the first time he did anything to you?
 3  A.  Yeah, and then after that he gave me sloppy kisses.
 4  Q.  Was that the only time he ever touched it?
 5  A.  Well, he touched it when I looked at the -- I mean he
 6  rolled back my foreskin, and there was sometimes, I don't
 7  know what made me hard or anything.  Sometimes it was hard,
 8  sometimes it wasn't, but he was always checking me to see if
 9  I was dirty, and he was telling me I was dirty and this and
10  that, and, you know, I couldn't stop letting him do it
11  because I didn't know what he was going to do next.  I think
12  that was it.  I don't know.
13  Q.  How many times did he, do you recall that he touched
14  you?
15  A.  Oh, probably, that probably went on for about two years
16  off and on.  I don't know, probably --
17  Q.  So this started in, when you were in about 5th or 6th
18  grade?
19  A.  And it quit when I was about the 8th grade.
20  Q.  He stopped?
21  A.  7th, 8th grade, in there, and I and ███ were working
22  together as janitors and we stole some wine from the bottom
23  of, the basement of the church, and then I remember he had
24  made my dad buy him two gallons of wine, I remember that.
25  At that time he told my dad but I couldn't tell about the
```
87

other.

Q. He told your dad that you had stolen the wine?

A. Yeah.

Q. Do you have any ideas in your own mind why it stopped then at that point?

A. I don't know, I'm trying to relate, I'm thinking that was the only time I can relate to. In fact he asked me, my attorney here asked me and I told him, I says I can't relate except, and then I thought a bit for a while and then I come back, for some reason the wine popped into the picture. I was thinking right about that time. Whether it was the wine, or why it stopped I don't really know. It might have been too at that time he might have been, I don't know if he might have went away on a heart attack or something. I know he had a heart attack in there somewhere, or he had illness of some kind or he had some kind of trouble anyway.

Q. How many times were you in a car with him when he looked at your penis?

A. I used to ride a lot of places with him.

Q. Was this because of the work that you were doing there at the church?

A. Well, some would and some wouldn't be. I mean sometimes he was like going out to Newberry's (phonetic) cabin at the lake, he would go out there to fish or something. Maybe he was going out, taking the ▓▓▓ kid home or bringing him

88

```
 1  home.  There is some names I forgot about, ████, write
 2  that down, ████████.
 3  Q.  ██ and ████████?
 4  A.  Yeah.  They were kids that lived out on the back road.
 5  Q.  Are they still in the area?
 6  A.  I think ██ is.  He would have been about my age.
 7  Q.  Do you know of any other kids from that time that Father
 8  Knecht did anything to?
 9  A.  No.  I didn't at that time.
10  Q.  Do you know now?
11  A.  Now I know that I, I know now that, I understand he had
12  others besides me, but I don't know.
13  Q.  Has anybody else told you that Father Knecht did
14  something to them?
15  A.  Nobody in particular.
16  Q.  Okay.
17  A.  Nobody in particular.
18  Q.  Do you think that he did something to ██ and ████
19  ████?
20  A.  No, that is just where we went for a drive, like he
21  would go out and check with ████████ and see how they
22  were doing.  They were a pretty poor family, and he would go
23  out to see how they were doing or, you know, the priest is
24  always welcome.  No matter where he went he was always
25  welcome.
```
89

1   And we would go to some lady's place and maybe I would
2   be in the car. He would say this and come along with me,
3   ▓▓▓, and away we would go. I was mowing lawns, I was
4   working as a gardiner, cleaning desks. Sometimes it was a
5   great thing to have a treat to go somewhere, you know what
6   I'm saying, he would just sort of haul you around with him.
7   It wasn't that daily thing of trying to do it every day, no,
8   but here and there it would happen.
9   Q. As you think back on it, how many times do you think
10  that he touched you?
11  A. Oh, shit, I don't know.
12  Q. I mean at least the one time in the sink and then in the
13  car?
14  A. Probably numerous times like over two years, probably
15  20, 30 times, I don't know, 10, 20, 30, I don't know. I
16  can't relate -- you know what I'm saying. It wasn't
17  something that I could say like Sunday mass was Sunday mass,
18  it was not like that. It was here and there, and sometimes
19  it was twice in a week and then the next time it was none.
20  Q. Tell me different places you remember this happening?
21  A. One was in his car, most of the time it was in his car,
22  there was never nothing in the school. That's what I can
23  never figure out being a janitor there, but there would be
24  in the, like there's a vestibule in the back of the church,
25  and then there was another room coming in, and then he would

90

1 check me there, but I remember he always looked out the
2 door, and the stairway come up like this and he would look
3 out the door and check and then he would have -- them times
4 I know I can remember he would have me strip back, then he
5 would look down on it and say, no, you are clean today, and
6 then he would give me a slurpy kiss. I think he even told
7 me he loved me at times, but I mean it wasn't a, well, like
8 dad and me kissed, it was a lip kiss, and dad and I had --
9 but his was sloppy kisses, I can remember that.
10 Q. What do you mean by sloppy kisses?
11 A. He would push until his teeth hit your teeth, hit your
12 teeth, just squeeze really tight.
13 Q. Did he do this in front of other people?
14 A. No, not that I know of, unless somebody saw it that I
15 don't know about.
16 Q. Were you an altar server?
17 A. Oh, yeah.
18 Q. Were you a --
19 A. Choir boy, altar server.
20 Q. -- choir boy? Were there any occasions when it happened
21 like back in the sacristy?
22 A. That is what I was talking about, the cloak room they
23 call it.
24 Q. That is where you dress up?
25 A. Dressed up and everything else like that.

91

```
 1  Q.  Okay, and then you talked about the confessional, and
 2  did it ever happen in the confessional?
 3  A.  No, there was no way for him to get his hand through.
 4  He would ask me --
 5  Q.  If you were clean?
 6  A.  -- if I was clean in the confessional.
 7  Q.  Were you circumcised?
 8  A.  No, I was not.
 9  Q.  Did he ever masturbate you?
10  A.  Now that is coming back to the, that time when he
11  scrubbed me.  I know I was hard but I can't remember whether
12  I ejaculated or not, I really can't, but I think I possibly
13  did, but, you know, knowing now at this time I mostly did
14  but that wasn't the thing that, that was, it wasn't an
15  enjoyable thing at that time, that is what I'm trying to
16  say, but I mostly did because I remember it was hard and I
17  remember that.
18  Q.  Were you still hard because you had been masturbating in
19  the classroom or did you get hard --
20  A.  I got hard, I believe I was hard, I can remember that
21  just as plain as day, I was hard and I remember him having
22  his arm around me and he was scrubbing.  I, I can't remember
23  if it was right hand or left hand.
24  Q.  What I'm trying to get out, were you still erect because
25  you had been playing with yourself in the classroom?
```
92

05-80038-PCW   Doc 269   Filed 06/13/05   Entered 06/13/05 12:32:15   Pg 19 of 20

| | |
|---|---|
| 1 | A. Oh. |
| 2 | Q. Or it got erect after he had you take your penis out in |
| 3 | the room? |
| 4 | A. No, I know I had gotten off in the classroom. |
| 5 | Q. You did get off in the classroom? |
| 6 | A. Yeah. I knew damn well I did because that is what |
| 7 | ▮▮▮▮ looked at. I guess it would be the same thing as a |
| 8 | guy out here, you know, showing off, you know what I'm |
| 9 | saying, but anyway I remember that part of it anyway. I |
| 10 | know I didn't have a hard on when I got over there, I know |
| 11 | that. |
| 12 | Q. What was your uncle's name? |
| 13 | A. Father ▮▮▮▮. |
| 14 | Q. ▮▮▮▮? |
| 15 | A. ▮▮▮▮. |
| 16 | Q. Was he from Spokane? |
| 17 | A. He was from Chewelah, Spokane. |
| 18 | Q. Was he a diocesan priest or Jesuit? |
| 19 | A. Jesuit, there was ▮▮▮▮, there was |
| 20 | another Jesuit and both part of -- |
| 21 | Q. Were both your uncles? |
| 22 | A. No, one was an uncle, one was a second cousin. |
| 23 | Q. Were they at ▮▮▮▮? |
| 24 | A. One was at ▮▮▮▮, he is still alive I think. I don't |
| 25 | really know, sort of lost track of them after my aunt died. |

93