Page 82

1  divulge his name? He's a --
2     MR. KOSNOFF: Tell us a little bit more about why you,
3  why you think you can't it.
4  A. He is an attorney and he has assisted in our case.
5  Q. (BY MR. STONE) Is this Mr. Rasmussen?
6  A. No, so I guess it doesn't matter.
7  Q. Is he your attorney?
8  A. No.
9  Q. Okay.
10  A. There is my attorney.
11  Q. I understand Mr. Kosnoff is your attorney. Who was the
12  attorney to whom you have spoken?
13  A. ███████ He is a ███ boy, or his family is,
14  are ███, and he has relayed things about the ███
15  boys that to me is kind of bizarre and I don't know what to
16  attribute it to.
17  Q. Such as?
18  A. Such as ███ who is the older brother, he was a year
19  above me in school, lives secluded in an apartment in which
20  he has painted it all black, has no or limited social
21  interaction, has basically shut himself off.
22  Q. And where does he live?
23  A. I think in Spokane somewhere.
24  Q. But you have not seen this yourself?
25  A. No, I haven't.

Page 83

1  Q. And this is information apparently communicated to you
2  by this ███?
3  A. Correct.
4  Q. And do you know, does ███ represent ███
5  ███?
6  A. No. I don't believe any of those individuals except for
7  ███ is involved in this proceeding.
8  Q. Okay. Well, regardless if they are involved in this
9  proceeding --
10  A. Or any proceeding, I haven't talked to them.
11  Q. Any other bizarre behaviors that you, or that have been
12  told to you?
13  A. No, I don't think so.
14  Q. Okay. Any information communicated to you by or about
15  ███ that causes you to believe that somehow they
16  were molested, or he was molested?
17  A. He spent time with O'Donnell also. I don't know
18  specifically how much or what or the details or anything.
19  Q. But other than spending some time with him, are you
20  referring to the cabin?
21  A. Correct.
22  Q. Did you ever see him abused?
23  A. No.
24  Q. Did he ever see you abused?
25  A. No.

Page 84

1  Q. So I guess is there any other basis, any other
2  information which tells you or leads you to believe that
3  ███ had been abused even if they had spent some
4  time up at the cabin of Patrick O'Donnell?
5  A. Just from my experience of what happened to me when I
6  spent time with O'Donnell, looking back, seeing other people
7  spend time with him is, it makes me wonder.
8  Q. Okay, but nothing further than that?
9  A. No.
10  Q. And would for instance any of these people go to the
11  cabin three to five times a week over a five-year period?
12  A. No.
13  Q. Did Patrick O'Donnell go to the cabin without you on
14  occasion with someone else?
15  A. Occasionally, (nods head affirmatively).
16  Q. And that would be in addition to the three to five times
17  a week that he went there with you?
18  A. Right, or he would be, he had somebody with him just
19  about all the time, whether it was going to the cabin,
20  whether it was going to Spokane to do errands or anywhere.
21  We, we, I, others were with him.
22  Q. Okay. Did you ever meet ███?
23  A. I'm not sure. I, I don't recall.
24  Q. Okay. Were you ever abused by anyone else other than
25  Patrick O'Donnell and Mr. Kuhn?

Page 85

1  A. Not to my recollection, no.
2  Q. Okay.
3     MR. STONE: Counsel, it's five after 12. Do you want to
4  take a lunch break?
5  (Noon recess was taken at 12:00 p.m. and deposition
6  reconvened at 1:00 p.m. with the same parties present.)
7  Q. (BY MR. STONE) Go back on the record.
8  ███ I wanted to ask you specifically about any
9  conversation you have had with ███ Have you had
10  any with him?
11  A. Just a brief, when I first found out he was involved in
12  this proceeding, hi, how are you doing? Sorry to hear you
13  too, kind of thing. That was a couple of years ago.
14  Q. Is he older or younger than you?
15  A. He is younger.
16  Q. I think what you were saying is that you first had any
17  contact with him about any potential subject matter even
18  related to any abuse was after the filing of the lawsuit.
19     You found that he was a plaintiff with you?
20  A. Correct.
21  Q. Okay. Who made the assignments of who was a plaintiff
22  with whomever, do you know?
23  A. I have no idea.
24  Q. Do you know any of the other plaintiffs in this case
25  other than, in your case other than ███?

Page 86

1 A. I understand there is a couple more in ▓▓▓. If I
2 heard their names I would probably know their names because
3 it is such a small town but --
4 Q. As you sit here today do you off the top of your head
5 know any of the names?
6 A. I think there is another ▓▓▓ involved. I can't
7 remember his first name.
8 Q. Have you had any conversations with the other ▓▓▓
9 regarding background for this for the circumstances of the
10 lawsuit?
11 A. No, not at all.
12 Q. Prior to the filing of the lawsuit had you had any
13 conversations with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓ regarding specifics of your alleged
15 abuse?
16 A. Prior to the filing?
17 Q. Yes, sir.
18 A. Just ▓▓▓ he night that O'Donnell's picture came on
19 TV.
20 Q. Okay. What discussion did you have with ▓▓▓ on that
21 evening?
22 A. To the best I can remember it went along the lines of he
23 felt really bad. He had no idea that this had occurred, and
24 looking back he wanted to kick O'Donnell's butt now that he
25 is an adult so to speak. He was angry for me, you know,

Page 87

1 that this had happened.
2 Q. Did you find out from that whether or not it had
3 happened to him?
4 A. I asked him and he said no.
5 Q. Are you aware of anyone as among the plaintiffs, whether
6 it be in your lawsuit or any of the other lawsuits involving
7 Patrick O'Donnell, who indicate that they were also anally
8 penetrated by Patrick O'Donnell on any occasion, other than
9 yourself?
10 A. No. I haven't spoken to anyone in that depth of a
11 conversation, not even, anyone.
12 Q. Okay. I also want to ask you in terms of the sexual
13 activity in which you were engaged with Patrick O'Donnell
14 and Mr. Kuhn, did that also include any oral sex?
15 A. I don't know. I don't recall.
16 Q. You don't remember?
17 A. I don't remember, (shakes head negatively).
18 Q. But you do remember the anal penetration?
19 A. Yes, I do.
20 Q. Okay. Have you ever engaged in sodomy or anal
21 penetration of anyone else?
22 A. I believe maybe once with my second wife, but that would
23 be all.
24 Q. Okay, and that's in the course of your marriage?
25 A. Yeah, in our marriage.

Page 88

1 Q. But never with a male?
2 A. Absolutely not.
3 Q. After Patrick O'Donnell left the area, I believe you
4 indicated or recalled it was around 1985, remember what time
5 of year it was?
6 A. I remember it must have been spring, summer, fall.
7 There was no snow that I remember.
8 Q. Did you have any discussions with him at that time as to
9 the reasons for his departure or where he was going?
10 A. No. All he stated, it was my understanding that he was
11 going to the coast I believe, Seattle, for a counseling
12 position or to be a counselor or something to do with that.
13 Q. Did he say where in Seattle?
14 A. Not that I recall. I was young. I didn't know anything
15 other than Seattle --
16 Q. Okay, but when you say --
17 A. -- area.
18 Q. -- you were young, by that time you were roughly 17,
19 right?
20 A. Right, but I had never ventured over on the coast much.
21 I didn't know direction from anything. I, I, I had been
22 there for sports to the Kibbie, or I'm sorry, the King Dome,
23 but I honestly couldn't tell you where that is today. I
24 don't spend a lot of time over there.
25 Q. Is that by choice?

Page 89

1 A. Yes. Or no, it's by no desire to really go over there.
2 For my job a couple of years ago I used to have to drive to
3 Kent every week when my truck would get full, to the
4 processing facility there. I knew how to get to the, you
5 know, to the plant and back to here, but any other thing I
6 was lost. I didn't have any idea.
7 Q. Now after Patrick O'Donnell left did you have any
8 further communications with him at any time?
9 A. Just briefly when he returned to ▓▓▓ I don't know
10 if he was in town for a weekend or something. I think I ran
11 into him and said, hey, you know, what's going on, how are
12 you doing, that sort of thing, but nothing in depth or
13 anything like that.
14 Q. Do you recall when that meeting would have been?
15 A. I would say within the year that he left.
16 Q. Within a year of his departure date?
17 A. Correct.
18 Q. So it could have been in '86?
19 A. Correct. I don't recall exactly or --
20 Q. Do you know where he stayed then?
21 A. No idea.
22 Q. Did anything occur between the two of you incidental to
23 that visit that would be sexually abusive?
24 A. No.
25 Q. After the spring, fall of 1985, did you ever have



Page 90

1 occasion to go to Lake Coeur d'Alene to that cabin again?
2 A. No.
3 Q. Now in the course of discussion you also mentioned in
4 addition to the hot tub and the cabin the fact that Patrick
5 O'Donnell had a boat?
6 A. Uh-huh.
7 Q. Did you go on some boating trips as well?
8 A. Absolutely.
9 Q. And did anything untoward occur incidental to those
10 outings?
11 A. We went tubing nude, water-skiing nude. We would pull
12 back, I remember one occasion we pulled back into a cove.
13 It must have been late fall or spring because the water was
14 very, very cold. We had to wear like a wet suit or a dry
15 suit to stay warm because of the temperature, and we still,
16 or we played, you know, a dice game on the boat, this time
17 to jump into the water, and we ended up sleeping on the
18 boat.
19 Q. Who is we?
20 A. O'Donnell, myself, and I believe it was ▓▓▓▓.
21 Q. Were you sexually abused during this other than
22 potentially the, maybe the dice game?
23 A. I don't recall exactly what occurred, but he, I remember
24 him touching me, fondling me. I remember him being aroused,
25 but I don't recall anything further than that.

Page 91

1 Q. And when he typically would touch or fondle you is he
2 touching your penis, your testicles?
3 A. Both.
4 Q. Is he touching your anus as well?
5 A. On some occasions. If I was like laying on my side he
6 would be around behind me, and he would reach over me and
7 touch my genitals, my genitals and penis, and he, his body
8 would be touching my body from behind.
9 Q. Okay, but would he be penetrating your anus at that
10 point or incidental to that?
11 A. Sometimes, yes.
12 Q. Okay, and typically when this kind of activity took
13 place, other than Mr. Kuhn's potentially being present was
14 anyone else ever present, any other boys?
15 A. On the boat --
16 Q. Yes.
17 A. -- or --
18 Q. Or anywhere else for that matter, with respect to the
19 activity you just described?
20 A. On the boa▓▓▓▓▓▓ would be present, and when we
21 would go to the cabin and spend the night he had like the
22 hot tub room, which is right off the, it was a small cabin
23 which had a living room, a bathroom, kitchen, and I believe
24 two other bedrooms, and we would build a fire, fall asleep,
25 and he would also do that to me there on the floor with

Page 92

1 other boys sleeping or whatnot, and occasionally where I, we
2 would go into the room.
3 Q. Okay. I'm just not for sure understanding. Is he doing
4 this to you while other boys are physically in the same
5 room?
6 A. Asleep, yes.
7 Q. Okay, but, you are assuming, not aware of what was going
8 on between the two of you?
9 A. Correct.
10 Q. And did you ever have a circumstance other than with
11 Mr. Kuhn where you were ever discovered in your actions or,
12 by anyone else?
13 A. No.
14 Q. You mentioned earlier that you were apparently the butt
15 of a lot of harassment by fellow students, classmates,
16 beginning at an early age, but were you ever harassed or I
17 guess chided for your relationship with Patrick O'Donnell?
18 A. No.
19 Q. Anybody ever call you a homosexual or a faggot or any of
20 these kinds of names?
21 A. Not that I'm aware, no.
22 Q. Did you ever discuss with Patrick O'Donnell anything
23 having to do with your feelings about engaging in any kind
24 of relationship like this?
25 A. No. I just know that at that time I so enjoyed the

Page 93

1 attention. He didn't do it -- in my mind now it's rape. It
2 is not sexual abuse, to me it's flat-out rape, and, but
3 during that time it was, I guess I didn't know any better
4 about what kind of relationship you are supposed to have
5 with another person, an authority figure so to speak.
6 Q. Well, he wasn't any authority figure over you, was he,
7 other than being an adult and you were under the age of 18?
8 A. He was a Catholic priest which is --
9 Q. But you are not a Catholic and never were?
10 A. But in my mind it's, it's still an authoritative
11 position. I can't walk into the Catholic Church and become
12 a priest, I can't walk into a doctor's office and be a
13 doctor, but they still are authority over, I think over me
14 as far as when I'm a young boy. He was in charge of the
15 faith of God.
16 Q. But you were never brought up in the Catholic Church to
17 have any specific beliefs relative to a priest, were you,
18 other than respect potentially to an adult?
19 A. I was brought up to respect my adults and authoritative
20 figures just like a teacher. You don't, you respect them
21 whether they are your teacher or not.
22    Even though he, I'm not Catholic or anything, he was in
23 a position I thought to be ordained by God to --
24 Q. But you weren't taught that as part of any religious
25 faith?

<mark>


Page 94

1  A. No. That was my own understanding.
2  Q. And isn't it true that none of these events that you
3  have described or alluded to occurred incidental to any
4  religious activity?
5  A. No.
6  Q. No, that is not true, or no, they didn't occur
7  incidental to any religious activity?
8  A. No, they didn't occur. The only thing I recall about
9  the Catholic Church in ▇▇▇ is one time, I don't even
10 recall what it was for, but I remember putting on the gown
11 and there was something going on in the church and he asked
12 me, me and some other boys to take part in it. It was some
13 religious function.
14 Q. You were asked to put on a gown?
15 A. Whatever you call them, the --
16 Q. A cassock?
17 A. I don't know.
18 Q. Is it black?
19 A. I believe so. I can't remember the exact color but I
20 remember putting it on and we held the sticks with the
21 candle or the thing with them, whatever that is.
22 Q. And you were not sexually abused incidental to any of
23 those exercises I trust?
24 A. No.
25 Q. And so just to be again perfectly clear, isn't it true

Page 95

1  that you were never sexually abused incidental to any
2  religious function in which you were participating with
3  O'Donnell? Isn't that a true statement?
4  A. Yes, it is.
5  Q. I wanted to know after Patrick O'Donnell left why you
6  didn't discuss this with your folks?
7  A. No. 1, I didn't know how to bring something like that
8  up. I never discussed really much of anything with my
9  folks. I never, just general statements, where are you
10 going, whom are you with, what are you doing kind of things,
11 but never, oh, by the way, I've been molested by a Catholic
12 priest for the last four years, how was your day kind of
13 thing. It is not something you bring up.
14 Q. Was it troubling to you?
15 A. Very, (nods head affirmatively).
16 Q. And did you have a coach or perhaps one of these female
17 teachers that you deliberately decided not to talk to about
18 any of this, even just to get some help or get some
19 direction on where to go for help?
20 A. At that time I really didn't see, I don't know what I
21 was thinking. I just know that in the back of my mind I
22 knew it was wrong and unacceptable, but the, at the same
23 time I knew that I enjoyed his attention and his affection.
24 Q. Now if I recall correctly in looking at the
25 interrogatories, apparently you worked for a period of two

Page 96

1  months at Rosalia Producers as an elevator operator after
2  graduation from high school, correct?
3  A. Correct.
4  Q. And apparently that was a seasonal type employment?
5  A. Correct.
6  Q. So it wasn't something you were fired or anything, it
7  was just the season, the harvest was over?
8  A. Correct.
9  Q. And apparently you went into the Army according to this
10 at least, Exhibit 1 and your answers to interrogatories
11 No. 6, apparently you went in the Army in January of '88?
12 Is that right?
13 A. Correct.
14 Q. What did you do between August and January of '88?
15 A. Lived off my harvest money and drank a lot.
16 Q. In Rosalia?
17 A. Rosalia, Spokane, Spangle, Waverly, Fairfield, which are
18 all communities around Rosalia.
19 Q. Where did you live?
20 A. Rosalia.
21 Q. In the family home?
22 A. Rosalia.
23 Q. No, excuse me, did you live in the family home in
24 Rosalia?
25 A. Yes.

Page 97

1  Q. And did your parents have an awareness that you were
2  drinking heavily?
3  A. I would assume so. My father from time to time had
4  purchased it for us, for me.
5  Q. Who is us?
6  A. For me and my friends, and if not, I knew where to get
7  it.
8  Q. And was this even before you turned 18?
9  A. Correct.
10 Q. You went into the military when, January of '88?
11 A. January, (nods head affirmatively).
12 Q. And your age at that time was 18?
13 A. No, I would have been 19.
14 Q. Okay, and so just to be sure again, you gave a birth
15 date of ▇▇▇ of '68, so as of ▇▇▇ of --
16    MR. KOSNOFF: Turned 20 in April --
17    (Discussion off the record.)
18 A. I was held back a year in school is why.
19 Q. (BY MR. STONE) That explains it.
20 A. I should have stated that.
21 Q. So when you were, when you said that this was occurring
22 up through 1985, this abuse, what year were you in school
23 when it ceased?
24 A. Sophomore. I was held back in kindergarten.
25 Q. Do you know why?

25 (Pages 94 to 97)

EXHIBIT D



Page 86

1  life?
2  A. I participate in basketball and football and
3  baseball.
4  Q. Was that school or Boys Club?
5  A. Both. In Spokane they had junior football,
6  so I played junior football. And it outside of the
7  school. It was not a school league. It was outside. I
8  don't know who the sponsor was.
9      I played basketball on school teams. I
10 eventually played frosh football for ▮▮▮▮. They
11 had a freshman thing that would go from junior football to
12 freshman football, and so I did that. I played Boys Club
13 baseball as well.
14 Q. Being honest with us, were you a good
15 athlete?
16 A. Yeah, I was pretty good.
17 Q. Okay. Did you have a letter in anything high
18 school?
19 A. Yes.
20 Q. What did you letter in?
21 A. Football, track and -- just football and
22 track.
23 Q. Was that at ▮▮▮▮?
24 A. Yes.
25 Q. How many years?

Page 87

1  A. Two years football and I think the same in
2  track.
3  Q. Junior and senior years, you think?
4  A. I believe so, yeah.
5  Q. When you were in Spokane, did you participate
6  in any sporting event, sporting activity in which Father
7  O'Donnell was involved as a coach or participate in any
8  way?
9  A. Not that I remember.
10 Q. Okay. So the kinds of things that you did
11 related to Assumption Parish were CCD -- essentially the
12 religious instruction classes taught once or twice a week
13 or so or whatever it was --
14 A. Yes.
15 Q. The youth group retreats, confirmation
16 training and actual confirmation?
17 A. Yes.
18 Q. Okay. If anything else comes to mind, tell
19 me about it. Okay?
20     The CCD, was Father O'Donnell involved in
21 any way with it?
22 A. Yes.
23 Q. How?
24 A. I think some classes he taught. I don't know
25 the specific nature of his responsibilities as far as the

Page 88

1  CCD. There were lay teachers. I know that my parents
2  taught classes sometimes. But he was involved. He was --
3  I mean, he was the person that would always go on the
4  retreat, for example.
5      I guess the way I remember it is that he
6  was kind of a presenter at classes or that he would come
7  to classes and teach specific things. And he was involved
8  in the confirmation process as well.
9  Q. At this point in time, did you have someone
10 you would consider your best friend?
11 A. (Pauses.)
12 Q. I guess I'm asking who would you hang out
13 with?
14 A. I had a group of friends, yes.
15 Q. Who were they?
16 A. ▮▮▮▮.
17 Q. Spell the last name, if you can.
18 A. ▮▮▮▮ He was a friend of mine.
19     ▮▮▮▮,▮▮▮▮
20 Q. Can you repeat that?
21 A. ▮▮▮▮
22     And Jim -- I can't remember his last name.
23 Q. Were these classmates of yours in elementary
24 school and junior high over there?
25 A. Yes.

Page 89

1  Q. Did any of these three people that you've
2  identified attend or participate in any activities at
3  Assumption Parish?
4  A. Not at Assumption.
5  Q. Okay. To your knowledge, were any of these
6  three friends of yours ever sexually abused by anyone?
7  A. Not to my knowledge.
8  Q. Did you ever do drugs with them in high
9  school or junior high?
10 A. This was junior high school.
11 Q. Yeah.
12 A. And no.
13 Q. Okay. Any drinking over there?
14 A. There were -- there were a few times when I
15 drank over there.
16 Q. With them?
17 A. No, not with them. No.
18 Q. With whom?
19 A. With -- there were family friends of ours
20 whose parents also were involved in Assumption Parish.
21 And they had kids of the same age. And I remember -- I
22 remember drinking wine with them just a time or two later
23 in the time that I was there.
24 Q. Going back to Father O'Donnell and the CCD
25 classes, was there ever any what you would consider to be

Page 90

1  inappropriate sexual contact with him that centered around
2  the CCD classes as opposed to the retreats?
3  A. As opposed to the confirmation retreat?
4  Q. Yes.
5  A. Or as opposed to the retreat in CCD classes?
6  Q. Not necessarily in them but, you know,
7  associated with your going to school there.
8  A. Not that I would say associated with those
9  classes, no.
10  Q. Okay. Then you said you went on a -- on some
11  youth retreats. One or more or --
12  A. Well, I specifically remember my confirmation
13  retreat. I very specifically remember my confirmation
14  retreat.
15  Q. Where was that?
16  A. I don't know. It was -- it was at a camp
17  outside of Spokane. I don't know the name of it or
18  specifically where it was.
19  Q. And what were the sleeping arrangements
20  there?
21  A. At that -- on that retreat?
22  Q. Yeah.
23  A. The boys and girls were separate.
24  Q. Were you like in barracks or --
25  A. It was almost kind of like a barracks. It

Page 91

1  was a long building. And I remember the sleeping
2  arrangements were boys sleeping bags laid out side by side
3  down the length of, you know, a wooden room. It was like
4  a cabin type of a room.
5  Q. Were they beds?
6  A. There were not beds.
7  Q. So it was sleeping bags on the floor?
8  A. Yes.
9  Q. About how many kids were on this retreat?
10  A. I remember the boys room, and I would say
11  that there were 10 to 15 boys.
12  Q. By the way, when were you confirmed? Do you
13  remember the year you were confirmed? If you can
14  relate -- if you want to relate it to a year in school, do
15  that.
16  A. I think it would have been '76. I think it
17  could have been '75. It was somewhere in there.
18  Q. Springtime?
19  A. It was a summertime activity, I believe.
20  Q. And the retreat was obviously before the
21  actual -- the bishop came out and confirmed you; is that
22  correct?
23  A. Yes, sir.
24  Q. Why don't you tell us about that incident.
25  What happened during that retreat?

Page 92

1  A. When we got there, I remember walking,
2  carrying my things. I probably had a bed roll and a
3  knapsack or something like that. I remember him, Father
4  O'Donnell, steering me to the back of that room, to the
5  back of the line of spaces where the bed rolls got laid
6  out, and saying, "You can be down here on the end with
7  me."
8  I remember -- I don't remember a lot about
9  that retreat, but I remember waking up -- it was dark and
10  after nightfall -- with him rubbing my back. And I was
11  laying on my stomach, and he was rubbing my shoulders and
12  back and moving down my back. And he was laying next to
13  me or sort of on top of me. And --
14  Q. Do you remember what you were wearing?
15  A. I think I was probably just wearing shorts or
16  underwear.
17  Q. Is that what you normally slept in?
18  A. That's what I've always slept in, I think.
19  Just...
20  So I remember being scared and
21  uncomfortable and pretending to be asleep. I remember him
22  whispering to me, but I don't remember what he said.
23  I remember him trying to roll me over,
24  rubbing my buttocks, reaching around -- trying to reach
25  around underneath me and trying to roll me over. I

Page 93

1  remember trying to make myself wide (indicating) so that
2  he couldn't turn me over. I was still trying to pretend I
3  was asleep, of course.
4  He tried really hard to turn me over. And
5  when he couldn't, he was angry. I remember his hands
6  inside my shorts or whatever I was wearing. And after he
7  got angry, he put his finger in my rectum.
8  MR. PFAU: Are you okay? Do you want to take a
9  break?
10  THE WITNESS: No.
11  I remember that this happened and I
12  remember how it felt, that I was humiliated. I remember
13  that it hurt a lot.
14  BY MR. BERGMANN:
15  Q. Do you remember how you ended this or how you
16  ended this particular event?
17  A. No.
18  Q. Did you -- were you in your sleeping bag?
19  A. I believe so. The sleeping bags, they were
20  the big square ones, you know, with the zippers that go
21  (indicating) --
22  Q. Right.
23  A. So I think I was zipped open on one side and
24  that he was next to me and sort of on top of me, but...
25  Q. Do you recall it being a particularly warm

Page 94

1 night or cold night?
2   A.   No. I remember -- well, no, I don't. I
3 don't.
4   Q.   Do you think it was in the summer?
5   A.   I remember my confirmation being bright
6 sunshine, and I think it was summer. We weren't in
7 school. It was a -- I believe it was when school was out,
8 so that's why I think it was in summer.
9   Q.   In relation to the actual confirmation date,
10 when was this retreat?
11  A.   I think it was -- I think it was fairly late
12 in the whole process. So as a guess, I would say a week
13 to two weeks before the confirmation day.
14  Q.   Do you think you were out of school then?
15  A.   Boy --
16  Q.   Don't know?
17  A.   I don't know.
18  Q.   Okay.
19  A.   During the confirmation?
20  Q.   Yeah. No, during the retreat. I mean, was
21 that a time of the year when you were already out of
22 school?
23  A.   That's my feeling about it.
24  Q.   Okay.
25  A.   But I don't have a specific --

Page 95

1   Q.   At any rate, you don't remember how, but that
2 occurrence ended that night; is that right?
3   A.   (Pauses.)
4   Q.   At some point in time he went back and he
5 left you alone?
6   A.   He didn't go back, he was next to me.
7   Q.   Did you say anything to him ever?
8   A.   I don't think so.
9   Q.   You described earlier when you were talking
10 about Father McGreal, you pushed him away. Did you try to
11 push Father O'Donnell away?
12  A.   I don't think so.
13  Q.   Did you go back to sleep that night?
14  A.   I don't remember.
15  Q.   Were any of your ▆▆▆ with you on this
16 trip?
17  A.   No.
18  Q.   Any other good friends with you on that trip?
19  A.   No.
20  Q.   Were there other chaperons or adults on the
21 trip?
22  A.   There were girls there, so I imagine there
23 were.
24  Q.   Well the girls, but was he the only person
25 there with the boys in that room?

Page 96

1   A.   He was the only adult in that room that night
2 to the best of my...
3   Q.   Did you ever, while on that retreat mention
4 this occurrence to anybody else?
5   A.   No.
6   Q.   When was the first time you told anyone about
7 it?
8   A.   Specifically about that incident?
9   Q.   Yeah.
10  A.   I told ▆▆▆ some --
11  Q.   That was within the last couple of years; is
12 that right?
13  A.   That was -- yeah, that was in July of '02.
14  Q.   Have you ever told your parents?
15  A.   Specifically about that, no.
16  Q.   Have you told anyone other than ▆▆▆?
17  A.   I have related that story to ▆▆▆.
18  Q.   Who is he?
19  A.   He's an investigator for -- that was employed
20 by the Archdiocese of Seattle. I related that story to
21 the investigator for the Board of Health. That the health
22 licensing bureau or -- ▆▆▆ was his name. ▆▆▆
23 ▆▆▆ I've told him that story and I've told my
24 doctor.
25  Q.   How about your ▆▆▆?

Page 97

1   A.   They were in my house when this meeting with
2 ▆▆▆ --
3   Q.   Yeah. Did they hear you --
4   A.   I don't know if they heard it then. And what
5 I remember about that -- what I remember about finishing
6 that story to ▆▆▆ that night was that I wrote the words
7 because my mother was there too.
8   Q.   Your mother was there?
9   A.   My mother was there that night. And I think
10 she asked for our permission to stay in the room while we
11 told our stories.
12       So anyway, I wrote the words "digital
13 penetration" on a piece of paper and handed it to ▆▆▆
14 because I couldn't say it in front of -- in front of those
15 people, my brothers and my, my mother.
16  Q.   The statement that your you're looking at
17 there --
18  A.   Uh-huh.
19  Q.   -- ▆▆▆ actually prepared that after
20 the interview with you; is that correct?
21  A.   Yes.
22  Q.   And then she sent it to you for your approval
23 or input?
24  A.   Yes. Well --
25  Q.   Did you make any changes to it?

### Page 98

1  A. I did make changes to the copy that she sent
2  me. They were kind of minor, but this was -- it was so --
3  it was -- it was incomplete and it was, I thought, devoid
4  of emotion or feeling.
5      And when I talked to her about it, she said
6  that she had done that purposely. And so I wrote a letter
7  to attach to it when I sent it back with changes.
8      MR. BERGMANN: We don't have that, do we, Mike?
9      MR. PFAU: I think I sent your everything I
10 have.
11     THE WITNESS: I mean, I don't think I gave it to
12 them because when they asked -- I mean, I sent all of this
13 stuff -- ▆▆▆ has this stuff.
14     MR. BERGMANN: Flip through that pile of papers
15 there, down about three or four, there's a two page letter
16 to ▆▆▆.
17     MR. PFAU: Not with what he has, John.
18 BY MR. BERGMANN:
19 Q. Oh, not with what you have there? It's
20 something that's dated 1/20/03.
21 A. Uh-huh.
22 Q. Does that look like what you wrote back?
23 A. That's it.
24 Q. Okay. And for the record, that's a two-page
25 document. That's obviously a draft because it's not

### Page 99

1  signed by anyone.
2  A. I may have e-mailed it to her. I may have
3  attached it and e-mailed it.
4  Q. Did you do it?
5  A. I wrote this.
6  Q. Okay. Did either one of your ▆▆▆ have
7  any input in it?
8  A. They looked at it and they added a little bit
9  to it, but it was -- I generally authored it.
10 Q. Okay. I won't take a whole lot more time
11 here, but I do want to ask you a couple more questions
12 here. Okay?
13 A. (Witness nods head affirmatively.)
14 Q. I'm sure that you're going to get asked more
15 questions about this later, but I won't have the
16 opportunity to be here, and I apologize.
17 A. I understand.
18 Q. In the paragraph -- I'm going back to your
19 statement down here.
20 A. Uh-huh.
21 Q. Okay?
22 A. Okay.
23 Q. In your last paragraph you -- it relates to
24 Father McGreal.
25 A. Yes.

### Page 100

1  Q. It says, "I already reported what happened
2  with Father McGreal."
3  A. Yes.
4  Q. And then you briefly described what I believe
5  you've already told us.
6  A. Yes.
7  Q. Did you make a similar -- or was there a
8  similar statement prepared for you relating to your
9  contact with Father McGreal?
10 A. I think what I was talking about was that I
11 had told her about this the first time I talked to her.
12 Q. Okay.
13 A. That she had taken that statement and that
14 she felt like the O'Donnell stuff was going to be -- was
15 going to go to Spokane and that she wanted to take a --
16 that she -- what she said to me was, "We know all about
17 McGreal. We -- you know, that was our -- we were at fault
18 in that. That's" -- she said, "That I can deal with."
19 And so I believe she took this statement from me the first
20 time I saw her. The first time I saw her, she took this
21 statement about McGreal.
22 Q. Did you ever see the statement that she took
23 about McGreal?
24 A. Well, no. It wasn't a statement that was
25 prepared and for review. I never --

### Page 101

1  Q. Nothing like this --
2  A. No.
3  Q. -- was prepared relating specifically to
4  Father McGreal?
5  A. I don't think so.
6  Q. Okay. Was there only the one incident with
7  Father McGreal?
8  A. Yes.
9  Q. Okay. I'll try to be brief with this other
10 one.
11 A. That's okay.
12 Q. The incident described in the second
13 paragraph --
14 A. Mm-hm.
15 Q. -- was that a -- was that a building you
16 described or -- he called -- he -- was that a building he
17 called the YMCA? I'm sorry.
18 A. I don't believe I ever called it the YMCA.
19 Q. He did?
20 A. I never thought of it that way. I don't
21 think he did.
22 Q. Oh, okay.
23 A. I think ▆▆▆ got that from my ▆▆▆
24 because I know that my ▆▆▆ had that recollection, that
25 it was a YMCA.

Page 102

1  Q. Do you now know what it was?
2  A. I've heard that -- I've heard the name of it,
3  yes.
4  Q. What name --
5  A. It was a St. Somebody-or-rather --
6  Something-or-rather. I don't know.
7  Q. St. Michaels?
8  A. It doesn't stick in my head. I've heard it
9  five or six times.
10 Q. Okay. But it was a white building with a
11 white front?
12 A. My memory is that it was a white building,
13 yes.
14 Q. Okay. You said there were other old men
15 there.
16 A. Well --
17 Q. Are you saying men the age of Father
18 O'Donnell at the time or older than he?
19 A. I remember them as being older than him. And
20 I think I may have only said one. It's not like it was a
21 big gathering of men. It was one or two.
22 Q. Okay. Did you have an understanding as to
23 whether they were priests?
24 A. I had -- I don't know that we talked about
25 it, but it was my belief that they were.

Page 103

1  Q. Did they associate with the two of you?
2  A. No.
3  Q. Okay.
4  A. I remember specifically that he kept that
5  from happening.
6  Q. And the incident that you describe here was
7  that he took you to the side of the swimming pool and
8  masturbated you. Is that correct?
9  A. Yes. He --
10 Q. Did he or is that --
11 A. Oh, no. Yes, he did. I guess I'm -- I want
12 to give you, I don't know, the full picture. My memory of
13 that --
14 Q. Sure.
15 A. -- is of me holding the side of the pool in
16 the deep end and him around me and holding -- holding the
17 sides of the pool, his hands outside of my hands, his
18 front pressed against my back. And then him -- yes,
19 reaching down and...
20 Q. Did you have an erection?
21 A. I can't say for sure.
22 Q. Okay. Do you recall ejaculating?
23 A. Me?
24 Q. Yeah.
25 A. No.

Page 104

1  Q. Okay.
2  A. Although I think I was young enough at that
3  time, I may not have known what that was.
4  Q. Okay. Did he ask you to touch him?
5  A. I remember having my hands on the side of the
6  pool.
7  Q. Okay.
8  A. Not then. Later in the shower he did.
9  Q. Same occasion?
10 A. Yes.
11 Q. Did you touch him then?
12 A. Yes, I think I did.
13 Q. Did he have an erection?
14 A. I believe so, yes.
15 Q. And again there was no one else present other
16 than the two of you. That's your recollection in the
17 shower?
18 A. Not in the shower, no.
19 Q. Do you recall this being before the
20 confirmation retreat?
21 A. Yes. I mean, I can't date it, but I
22 remember -- yeah, I remember being very -- feeling very
23 young and feeling older at the confirmation retreat.
24 Q. When he was doing that to you in the pool and
25 in the shower, did you have a feeling that this wasn't

Page 105

1  right?
2  A. Yes. Well, it wasn't so much a matter of
3  right or wrong but just so extremely uncomfortable.
4  Q. Okay. Had anyone ever done that to you
5  before?
6  A. (Witness shakes head negatively.)
7  Q. Has anyone ever done that to of you since,
8  other than the attempt by Father McGreal?
9  A. Anyone?
10 Q. Well, I -- I know you had some other contacts
11 with Father O'Donnell but anyone other than Father
12 O'Donnell?
13 A. You mean nonconsensual?
14 Q. Yeah.
15 A. Right, no.
16 Q. Okay. Have you had consensual touching like
17 that with other males?
18 A. No.
19 Q. With females?
20 A. Well --
21 Q. Yes?
22 A. Yes.
23 Q. Okay. By the way, how -- do you have good
24 sexual relationship with your wife?
25 A. Yes.

27 (Pages 102 to 105)

Page 106

1  Q. Okay. In here, in this second paragraph
2  of --
3      I'll leave the pool and the shower incident
4  for the time being. Okay?
5      "The other times he would fondle me in his
6  car."
7  A. Yes.
8  Q. Was that while you were living in Spokane?
9  A. That was -- it happened when we were living
10 in Spokane, and it also happened on this particular time
11 that I was talking about. That was after we had moved
12 back here -- Spokane.
13 Q. Did you go out to the lake with him?
14 A. Yes.
15 Q. Which lake did you go to?
16 A. Well, there were a lot of the Assumption
17 families gathered on Lake Coeur d'Alene. Somebody had a
18 house there, one of the families, and he would drive up
19 and bring his boat.
20 Q. And did you go out there with him or with
21 your family?
22 A. Well, I may have driven -- I may have driven
23 out with him. I don't have a specific memory of the time
24 of when I drove to Lake Coeur d'Alene -- well -- with him.
25 Now --

Page 107

1  Q. You mentioned --
2  A. I usually went with my family to the lake
3  because we all went out there.
4  Q. Yeah. At the lake when you went with your
5  family, was there any impermissible touching by him of
6  you?
7  A. I don't have specific memories of anything
8  happening on Lake Coeur d'Alene, no.
9  Q. Okay. How about on the boat in general?
10 A. I don't have any memories of actually on the
11 boat --
12 Q. Okay?
13 A. -- of having that happen to me, no.
14 Q. You mentioned that there were trips taking
15 the boat from one side of the state to the other.
16 A. Right.
17 Q. Did that occur after you had moved over here?
18 A. Yes. Well, this was -- this was a specific
19 trip that was talking about.
20 Q. Was it just one occasion like that?
21 A. Well, the one that I've related -- that I
22 related to ▊▊▊ that she's alluding to here, she didn't
23 write it very specifically. But yes, that was a trip
24 after we moved here. He was towing his boat and I drove
25 with him by myself across the mountains.

Page 108

1  Q. From where to where?
2  A. From Bellevue to -- I'm not sure what lake we
3  were going to. It's possible that we were -- that that
4  was another trip to Lake Coeur d'Alene. We made a lot of
5  them, and I think it's also possible we were going to a
6  different lake. I don't really remember.
7  Q. Can you describe the boat he was pulling
8  over?
9  A. Not very well. It was a -- it was -- I don't
10 know boats particularly, but it was a cabin cruiser. It
11 had a -- I know that it had a -- the boat he was towing.
12 I have a specific memory of what his -- of what one of his
13 boats were. I don't know whether he had more than one at
14 any time.
15 Q. What was --
16 A. So the boat we were towing that day --
17 Q. Mm-hm.
18 A. -- big and white is -- that's really the
19 only -- that's as close as I could get to actually
20 describing it.
21 Q. Do you remember what kind of a car it was
22 that you were in?
23 A. It was a truck or a Jeep.
24 Q. Anybody else besides you?
25 A. No.

Page 109

1  Q. You said you had specific recollections about
2  a boat that he had?
3  A. Right.
4  Q. What specific recollections of a boat do you
5  have?
6  A. I remember going out on a boat, on his boat.
7  Q. Yeah.
8  A. And I believe that it was here. It wasn't at
9  a lake on the east side either before or after we moved.
10 It was here on the west side of the mountains. And we
11 went out -- I think it was. And we went out on his boat.
12 And I remember -- I do remember the inside that it had a
13 little birth in back that you could stand on. And I
14 remember it had a cabin that you could go inside and there
15 was a sleeping birth in the bow.
16 Q. A V birth there?
17 A. Yeah, exactly.
18 Q. Of that boat --
19 A. Uh-huh.
20 Q. -- over here, was there any impermissible
21 contact by him of you?
22 A. Of me, not to my recollection, no.
23 Q. Let's go back to the trip across the state.
24 A. Uh-huh.
25 Q. What happened?

28 (Pages 106 to 109)

Page 110

1 A. Well, it sticks out in my memory because of a
2 particular event that happened during the trip. I
3 remember being -- that we were all worried that it was
4 going to get cancelled and our vacation was going to get
5 cancelled because of gas. There was no gas. There was a
6 gas shortage, and there was -- there were big lines to get
7 gas, and it was getting really expensive. And they were
8 actually rationing. You know, places would run out. So
9 there were only certain days when gas was available, and
10 we were worried that we wouldn't be able to go on our
11 vacation.
12 So we were driving, he and I, across the
13 mountains. We were, you know, on I-90, I believe, because
14 that's what we usually took. And it was somewhere on the
15 eastern side when we pulled off. We saw a gas -- a big
16 gas pole, you know, sign -- signage for a gas station.
17 And we pulled off to get gas. And there was a sign on the
18 gas pumps that said "ten gallon limit." And we pulled
19 into the gas pump.
20 And he was either filling up two tanks in
21 the Jeep or the truck that he was in or he was filling --
22 or he switched it to the boat. But he filled up -- he
23 went over -- and they weren't automated then, so it wasn't
24 set to shut off -- and he just kept pumping. And I
25 watched him do it, and I watched it roll past ten gallon.

Page 111

1 And I saw him look at me and go, "well, we'll just keep
2 going until it stops." And he was switching tanks. And
3 he kept on going. And it was just -- I couldn't believe
4 it. I was shocked that he was doing this.
5 It wasn't stealing, but it was -- I mean,
6 the sign was right there. He acknowledged the sign. He
7 sort of winked at me. And I was just -- I was appalled
8 because he just kept going. And he kept filling up gas,
9 whatever tank he was filling up, until the guy came
10 walking out of the service station and walked across and
11 just reached over and shut it off. And there was just
12 like a brief exchange like, you know, "Hey, that's the
13 limit." "I don't know."
14 So I remember that time mostly for that
15 incident. Also because he was -- on that trip, he would
16 do what he called "Father Pat's rolling confession." And,
17 you know, the face to face confession had just come about
18 in the last, I don't know, four or five years, you know --
19 Q. Mm-hm.
20 A. -- the reforms of the church at that time --
21 so that you could take confession face-to-face with the
22 priest. And so he said, "Well, we can do it. We can do
23 it anywhere." So we did that.
24 And I remember feeling really split
25 about -- I'm sorry. I'm getting off the track, but it was

Page 112

1 just -- I remember feeling split about doing these rolling
2 confessions because on the one hand I didn't have to go to
3 confession at, you know, some other time or some regular
4 arranged time. And I felt, you know, all the things that
5 you feel after confession, or that I used to, forgiven.
6 At the same time, it was also a very
7 uncomfortable situation. And he would try to direct the
8 conversation towards sexual matters. And so I remember on
9 this particular trip that we had done that too. We did
10 one of the rolling -- but that was kind of a regular
11 thing.
12 And I also remember on this trip that he
13 unzipped his pants and pulled out his penis and, you know,
14 was taking my hand -- was trying to put it on his lap. He
15 probably did put it on his lap and, you know -- and I
16 remember him reaching over and fondling me too and me -- I
17 just really realized on that trip that he was a bad man.
18 And I'd always thought that he was -- you know, he was
19 this priest. He was Father Pat.
20 And that -- I think that that -- that was
21 the last time that happened to me.
22 Q. This was on the same trip involving the gas
23 station --
24 A. Yes.
25 Q. -- and the rolling confession?

Page 113

1 A. Yes.
2 Q. And was this also on the eastern Washington
3 side of the state or didn't you recall?
4 A. Well, we were heading east and it was -- oh,
5 when that happened?
6 Q. Yes.
7 A. It was after the gas station thing, so yes.
8 Q. And did you allow him to touch you?
9 A. I remember that whole encounter as being
10 fairly brief, but -- well, it was long enough for me to --
11 to think about -- to have thoughts like, "Wow, I'm in a
12 car and we're rolling and I can't get out of here." So it
13 wasn't like a little flash either. But it --
14 Sorry, what was the question?
15 MR. PFAU: Listen to the question and -- do you
16 need a break or are you doing okay?
17 MR. BERGMANN: Just give me a couple more
18 minutes.
19 THE WITNESS: Yeah, he's --
20 MR. BERGMANN: Don't do it for me, but if you
21 want a break we'll take a break.
22 MR. PFAU: Well, I just want to make sure if you
23 need a break we can take a break. If not, Mr. Bergmann --
24 THE WITNESS: I don't need a break.
25 MR. PFAU: Okay.

29 (Pages 110 to 113)

Page 114

1    THE WITNESS: This is difficult and so I
2 apologize for getting off --
3 BY MR. BERGMANN:
4    Q.    You don't have to apologize.
5          Was that the last time you think you had
6 any illicit contact with him of any kind?
7    A.    That was the last one I remember.
8    Q.    Okay.
9    A.    Yes.
10   Q.    And the actual physical touching that might
11 have happened would have happened when he unzipped his
12 pants and pulled your hand over to him?
13   A.    Yes.
14   Q.    And he might have tried to rub you --
15   A.    No, he did.
16   Q.    -- through your pants?
17   A.    Through my pants.
18   Q.    Yeah. Do you remember when this was? You
19 moved over here in the middle of the 9th grade; is that
20 right?
21   A.    Yes.
22   Q.    Would it have been in the summer following
23 completion of your 9th grade?
24   A.    I believe so.
25   Q.    And I don't want to put words in your mouth.

Page 115

1 I mean, would it have been after your completion of your
2 sophomore year in high school at ▓▓▓?
3    A.    I'm sorry. And I just said yes to that. I
4 think it could have been either of those summers.
5    Q.    Okay. What year did you graduate from high
6 school?
7    A.    I graduated in ▓▓▓
8    Q.    Did you at that time know why he was in
9 Seattle?
10   A.    No.
11   Q.    Do you now know why he was in Seattle?
12   A.    I do now know why he was in Seattle.
13   Q.    What is your understanding of why he was in
14 Seattle?
15   A.    That he was transferred over here for
16 treatment for sexual deviancy.
17   Q.    Do you understand that he was also getting a
18 degree in psychology?
19   A.    Yes.
20       MR. BERGMANN: Well, it's longer than I thought
21 I would be. Let's just stop. And I'm sure there are
22 going to be some other questions about this in more
23 details, but someone will be here in my place this
24 afternoon to take more notes, but there won't be any more
25 questions from us.

Page 116

1       I appreciate you to allow me to ask you
2 these questions out of order. Thank you.
3       MR. STONE: You want to take an hour for lunch?
4       MR. PFAU: That sounds good.
5       (Pause in the proceedings for lunch.)
6       (Whereupon, Mr. Bergmann exits the deposition.)
7       (Whereupon, Ms. Cherry enters the deposition.)
8       MR. PFAU: Before we start, I had an opportunity
9 to speak with ▓▓▓ about the lost wage claim in
10 questions, and you are free to inquire.
11
12 FURTHER-EXAMINATION
13 BY-MR.STONE:
14
15   Q.    So are you making a lost wage claim?
16       MR. PFAU: We are going to explore with our
17 experts on making a lost wage claim.
18 BY MR. STONE:
19   Q.    Okay. Are you making a lost earnings claim?
20       MR. PFAU: We're going to explore -- yeah, we're
21 going to explore with our experts their earning capacity
22 claim as well.
23       MR. STONE: All right. Let's go on the record.
24       MR. PFAU: That was on the record.
25       MR. STONE:           Excuse me. Well, you know, I

Page 117

1 thought --
2       MR. PFAU: I used my on-record voice too.
3       MR. STONE: One of the problems -- while we're
4 on the record --
5       MR. PFAU: Mm-hm.
6       MR. STONE: You know, we have expert selection
7 and disclosure requirements of our own. And we're sitting
8 here today, almost the 1st of June, and still don't know
9 substance and basis of opinions of experts. Apparently
10 they're still a case in progress. We don't know if we're
11 supposed to have experts along these lines or not. I
12 guess my question to you is -- and this case has been in
13 progress for well over a couple of years. Are there any
14 other areas that you're uncertain of at this point?
15      MR. PFAU: Not that I can think of.
16      MR. STONE: All right.
17 BY MR. STONE:
18   Q.   ▓▓▓, how much have you lost by way of wages?
19   A.   I don't know how much I've lost.
20   Q.   Okay. How much have you lost by way of any
21 ability to earn an income as a consequence of any abuse
22 that you suffered as a young person?
23   A.   I don't know how to figure a dollar amount,
24 so I don't know. But I can tell you what the loss of
25 earnings or earning potential means to me, if that's okay?

30 (Pages 114 to 117)

05-80038-PCW    Doc 271    Filed 06/13/05    Entered 06/13/05 12:37:58    Pg 13 of 19

EXHIBIT E

### Page 78

1  A. No.
2  Q. Did you have to take some lessons to be an alter boy?
3  A. Yes. It was just conversations with him, and it seems
4  like Father Skylstad.
5  Q. So you -- did you receive instruction from --
6  A. Yes.
7  Q. -- Father Skylstad as well as Patrick O'Donnell?
8  A. Yes.
9  Q. From anyone else?
10 A. I'm sorry?
11 Q. From anyone else?
12 A. Not that I remember.
13 Q. Did you have to learn any Latin?
14 A. Not that I remember. Although, it seems like there was
15 a couple of sayings throughout the mass.
16 Q. How long -- how much training would you say in terms of
17 hours was needed to become an alter boy?
18 A. Was needed? A few.
19 Q. Couple hours?
20 A. Four or five probably.
21 Q. And were these group lessons?
22 A. I remember him taking on a couple of new alter boys.
23 Q. Okay. I'm sorry. I don't know who "him" is.
24 A. O'Donnell.
25 Q. Okay.

### Page 79

1  A. And I also remember -- it seems like Skylstad giving us
2  a couple of lessons, but I couldn't say that for sure.
3  Q. So you recall that when you received the lessons, it
4  was sometimes, at least, in the company of other boys?
5  A. Sometimes.
6  Q. Did Bishop Skylstad or Father Skylstad at the time, did
7  he ever give you wine?
8  A. No.
9  Q. Now, again, in looking to your responses to
10 interrogatories, it indicates here that you moved to the
11 ▮▮▮▮▮▮ address in Spokane in July of '73. Do you
12 recall how long after you got there it was that you started your
13 training as an alter boy?
14 A. I really don't remember.
15 Q. How long did you remain an alter boy?
16 A. I really don't remember.
17 Q. How frequently did you serve as an alter boy?
18 A. It seems like it was a couple times a month.
19 Q. For how long?
20 A. I don't remember.
21 Q. More than six months?
22 A. I believe so.
23 Q. More than a year?
24 A. I really -- I really am not sure I could tell you
25 exactly how long.

### Page 80

1  Q. Well, did you continue as an alter boy after you left
2  Spokane?
3  A. No.
4  Q. Okay. And according to this, you left Spokane in
5  November of 1976. Is that correct?
6  A. I believe so.
7  Q. And at that time, I guess, as of November of -- of
8  '76 -- let's see. What would you be? 12 years old then?
9  A. I'd say.
10 Q. Did I do the math right?
11 A. I believe so.
12 Q. Okay. Now, other than the hugging that you described,
13 when was the next physical contact that you had with
14 Patrick O'Donnell that you view, at least now, as sexual
15 molestation or sexual abuse?
16 A. First confession.
17 Q. When did you make your first confession?
18 A. I don't remember.
19 Q. Were you participating in CCD classes?
20 A. Yes.
21 Q. Was your first confession made in the same time frame
22 as your first communion?
23 A. No.
24 Q. What was the -- when did you make your first communion?
25 A. I was very young.

### Page 81

1  Q. Were you in Seattle at that time?
2  A. I believe so.
3  Q. So you had had your first communion before coming to
4  Spokane, but you'd never had a first confession?
5  A. That's correct.
6  Q. And did you participate in CCD?
7  A. Yes.
8  Q. Okay. The answers to interrogatories, again, would
9  indicate that during your time in Spokane, you were a student at
10 ▮▮▮▮▮▮ Elementary or junior high?
11 A. Elementary school.
12 Q. Okay. And as part of, I guess, going to the public
13 school that you then go to CCD classes?
14 A. From what I remember, CCD was just a Sunday class. And
15 -- and I may be thinking of something different than you are.
16 Q. Where did you get your training, for instance, for your
17 first penance?
18 A. It seems like that was part of the Sunday classes.
19 Q. Okay. Was this, again, in a group setting with other
20 kids?
21 A. Yes.
22 Q. And were they public school kids or kids that went to
23 Assumption or both?
24 A. I -- I don't remember.
25 Q. Approximately how many children went through the

**Page 82**

1 training at the same time you were going through it?
2     A. I really don't remember.
3     Q. Okay. What instruction was given to you about first
4 confession?
5     A. Very little as I remember.
6     Q. Who gave the instruction?
7     A. I don't remember.
8     Q. Did your parents participate as instructors with CCD?
9     A. Not with me.
10    Q. Did any friends of your parents participate as
11 instructors with CCD in Assumption?
12    A. I don't know.
13    Q. Okay. Again, as part of the -- what you recall of the
14 Sunday instruction that you did receive, was there a time during
15 the mass where you left and went to a separate place to receive
16 some sort of instruction?
17    A. No.
18    Q. Was it at some time other than at mass on Sunday?
19    A. I believe it was after --
20    Q. After mass?
21    A. -- or before. It was sometime on Sunday, and I really
22 don't remember when.
23    Q. Okay. How long were these sessions?
24    A. I don't remember.
25    Q. Who gave the training specific to first confession?

**Page 83**

1     A. I really don't remember.
2     Q. And you don't remember any of the training, itself?
3     A. I remember we called it Sunday school class.
4     Q. And who's "we?"
5     A. My brothers and me.
6     Q. Did any of your brothers attend the same class with
7 you?
8     A. No.
9     Q. Were you separated by age group or --
10    A. I believe so.
11    Q. But you don't remember any of the training you had as
12 far as the, I guess, the -- the mechanics, if you will, of the
13 confessional?
14    A. I really don't. I remember being very nervous about
15 it, because I think I didn't know a whole lot about it.
16    Q. Did you ever ask your mom and dad as a preliminary to
17 having a first confession what it was supposed to be?
18    A. I don't remember specifically doing that.
19    Q. Did your mom or dad ever talk to you about it?
20    A. Specifically confession?
21    Q. Well, or that you're -- you're now preparing yourself
22 to -- to make your first confession and offer you any explanation
23 of what it was about or why you were doing this?
24    A. I -- I remember vague conversations about it, yes.
25    Q. Okay. With whom?

**Page 84**

1     A. My mother.
2     Q. Okay. And what did she relate to you as to why you
3 were doing this?
4     A. It was to confess your sins.
5     Q. And did you have a concept at that time what sins were?
6     A. Yes.
7     Q. What was your understanding?
8     A. Anything bad.
9     Q. Did you understand there was some distinction between a
10 mortal sin and a venial sin?
11    A. No.
12    Q. Did you obtain any instruction on how to go about
13 making an examination of conscience?
14    A. No.
15    Q. Were you given instruction on what prayers are to be
16 said incidental to the confession?
17    A. I remember being instructed on Hail Mary's, but I don't
18 remember what it was for.
19    Q. And did you have some understanding that, at least
20 expectation, as part of this confessional process that you would
21 be given some prayers to say as a penance?
22    A. Yes.
23    Q. Now, apparently, you had an experience incidental to
24 your first confession. Is that what you're telling us?
25    A. My experience?

**Page 85**

1     Q. Yes. With Patrick O'Donnell that you consider to be
2 sexually abusive?
3     A. I had a couple of experiences with him.
4     Q. All right. And I'd like you to relate those. And
5 let's take the first event first. Tell me what happened.
6     A. We've already talked about one of them, and that was
7 wine.
8     Q. Okay. We're -- we're on -- we're beyond that. We're
9 talking about first confession. Was the wine part of the first
10 confession?
11    A. No.
12    Q. Okay. Let's talk about --
13    A. The first confession?
14    Q. I guess that's the way you characterized it earlier.
15    A. Okay.
16    Q. Was it literally your first confessional at that --
17    A. Yes, it was.
18    Q. And was a first confession conducted with a group of
19 kids?
20    A. No, it was at night.
21    Q. And were there other people in the church?
22    A. Yes.
23    Q. And were they waiting in line for the confession?
24    A. Yes.
25    Q. And did you go there with your parents or family

## Page 86

1  members?
2  A. I believe my parents were there.
3  Q. Okay. And tell us what happened.
4  A. I believe it was at the end of the mass. They were
5  asking people to get up by row forming lines down in between the
6  seats and directing you to the back. And in the back was a --
7  kind of a classroom, office thing, room, and you were supposed to
8  wait until the person came out, and then as soon as they came
9  out, you'd go in.
10  Q. Now, was there any kind of light that would tell you
11  when it was vacant?
12  A. No.
13  Q. Was this a -- what I would relate as a confessional
14  scene? In other words -- do you know what a confessional is?
15  A. Small room.
16  Q. Did you ever have an understanding or appreciation as
17  part of your training that a confessional would be a -- a small
18  room that you would go in with -- usually equipped with a kneeler
19  and a screen, and the priest would be on the other side of the
20  screen. Have you ever experienced that?
21  A. I didn't at that time.
22  Q. Okay. Have you subsequently?
23  A. I have seen those rooms, yes.
24  Q. Okay. Now, at the time you were going through this
25  process -- and, again, I don't know what time frame you were

## Page 87

1  going through it, for sure. Were you told that you have an
2  option of whether you wanted to have a confession in one of these
3  rooms with a screen in place?
4  A. No.
5  Q. Okay. Now, there was a time that something came up
6  called open confession.
7  A. Okay.
8  Q. Was that ever related to you that -- what it was?
9  A. I have no idea, if it was in those terms.
10  Q. Okay. But you don't -- you don't -- as part of your
11  instruction, you don't remember any distinction between a choice
12  for you, if you wanted to go face-to-face with a priest or, for
13  that matter, if you wanted to, I guess, be -- have a screen
14  between you?
15  A. No.
16  Q. So you were in line. Tell me what happened?
17  A. My turn came, person came out, I went through the door.
18  He was sitting in a chair with his back to the door, and there
19  was a chair or a couple of chairs facing him. So he asked me to
20  confess my sins, so I told him that I had, with a friend,
21  unscrewed Christmas lights and spent an evening throwing them at
22  things and watching them blow up. He -- he made me feel like it
23  was a -- a horrific incident and told me that I needed to kneel
24  in front of him and say a prayer that he was reciting.
25       In addition to that, he took my hand and put it up

## Page 88

1  underneath his robe, his pants were undone, and he held onto my
2  hand and masturbated himself.
3  Q. Now, had you ever experienced masturbation at that
4  point in time in your life?
5  A. I don't believe so.
6  Q. Did you know what he was doing?
7  A. Yeah, I knew what he was doing.
8  Q. You knew he was masturbating himself?
9  A. I wouldn't have put that word with it.
10  Q. Okay. What would you have put the word with? Is there
11  another phrase or anything that you would attach to it, or would
12  you have -- attach any meaning to it, at all?
13  A. I'm not sure what the phrase would be back when I was
14  that age.
15  Q. Okay. Well, what did you understand the purpose of it
16  was at that age?
17       MR. PFAU: Object to the form.
18       MR. STONE: Well, this -- let me withdraw the question
19  and start over.
20  BY MR. STONE:
21  Q. Have you ever heard the term jack off?
22  A. Yes.
23  Q. Okay. Was that a term that you were familiar with at
24  that age?
25  A. I -- I don't remember.

## Page 89

1  Q. Okay. Possibly you were?
2  A. I suppose it's possible.
3  Q. Okay. Now, can you tell me when you first experienced,
4  yourself, the sensation or masturbation?
5  A. No, I couldn't tell you for sure.
6  Q. Was it before that incident or after that incident?
7  A. I remember an incident of climbing a bar when I was in
8  elementary school and thinking it felt good.
9  Q. How old were you then?
10  A. Younger.
11  Q. But I presume it wouldn't -- didn't result in any
12  ejaculation or anything of that nature?
13  A. That's correct.
14  Q. When is the first time you ever experienced a sensation
15  associated with any ejaculation?
16  A. I suppose it would be elementary, late elementary
17  school.
18  Q. Would that have been before this?
19  A. I'm really not sure I could say. I don't remember a
20  specific time.
21  Q. Were you in elementary -- was it -- were you still in
22  the Seattle area before you moved to Spokane?
23       MR. PFAU: Object to the form.
24       THE WITNESS: I really don't remember.
25       MR. STONE: Okay.

05-80038-PCW    Doc 271    Filed 06/13/05    Entered 06/13/05 12:37:58    Pg 17 of 19

Page 90

```
1   BY MR. STONE:
2       Q.  Now, at the time of this experience, did any of your
3   training or preparation for the confessional in any way suggest
4   to you that this was something to be expected?
5       A.  No.
6       Q.  Did you understand it to be appropriate conduct at the
7   time?
8       A.  I don't know. I know it scared the crap out of me.
9       Q.  Okay. And did you appreciate it at the time that it
10  was wrong?
11      A.  All my parents ever told me was that priests were good
12  men, and when they tell you to do something, you do it.
13      Q.  And my question to you was, did you appreciate at the
14  time that that was wrong? What he was having you do?
15      A.  It felt wrong.
16      Q.  Okay. So you did feel it was wrong?
17      A.  It felt wrong.
18      Q.  Okay. Did you ever discuss this incident at any time
19  with Patrick O'Donnell?
20      A.  No.
21      Q.  How long did this contact last?
22      A.  I started crying, hard. I don't know.
23      Q.  Did it end in any ejaculation on his part?
24      A.  Not that I know of.
25      Q.  Did he have any erection?
```

Page 91

```
1       A.  It seemed like it.
2       Q.  Now, meanwhile, you've got a -- still a line of people
3   outside waiting to come in?
4       A.  Yes.
5       Q.  You were crying?
6       A.  Yes.
7       Q.  Did you say anything?
8       A.  To who?
9       Q.  Patrick O'Donnell?
10      A.  No.
11      Q.  Do you know how long you were in the confessional?
12      A.  It felt like forever.
13      Q.  Okay. But do you know how long you were in there?
14      A.  No.
15      Q.  You came out; what did you do?
16      A.  I was -- I was crying really hard, so he stopped, said
17  some priest-like phrase, told me that this was between him and I,
18  and that if I said anything that what I did would be told to my
19  father. And I remember at the time wondering if he meant the
20  light bulbs or something else.
21      Q.  And you felt threatened by that?
22      A.  Yeah.
23      Q.  And is that because of -- of your fear of how your
24  father would react if he were to find out, either about the light
25  bulbs or what else had occurred that day?
```

Page 92

```
1       A.  Yes.
2       Q.  Had you had any prior experience with your father that
3   would lead you to believe that?
4       A.  My parents told me that priests were good men.
5           MR. STONE: That wasn't my question.
6           MR. PFAU: Well, that was his --
7           MR. STONE: I'm going to move to strike the response --
8           MR. PFAU: That was his response.
9           MR. STONE: -- as nonresponsive.
10  BY MR. STONE:
11      Q.  My question is, had you --
12          MR. PFAU: It was perfectly responsive.
13          MR. STONE: Counsel, I'm not here to argue with you.
14  If you have an objection to the form, please make it.
15          MR. PFAU: Ask the question.
16  BY MR. STONE:
17      Q.  My question to you, sir, is did you have any prior
18  experience with your father where he'd gotten angry with you,
19  because you had done something, such as throwing the light bulbs
20  or whatever else?
21      A.  Or not cleaning my room?
22      Q.  Well, if something -- did he react angrily to you if
23  you did something wrong?
24      A.  Yes.
25      Q.  Okay. Would he strike you?
```

Page 93

```
1       A.  No.
2       Q.  What was his typical form of punishment?
3       A.  His typical was yelling and screaming. There was an
4   occasional spanking.
5       Q.  So you left the -- the area then. You were crying.
6   You were told to keep it between yourselves or -- and if anything
7   was said, he'd tell your father, but you didn't know what?
8       A.  That's correct.
9       Q.  Okay. You left. Then what happened?
10      A.  I left. I went out and sat in the row and cried.
11      Q.  Were your parents there?
12      A.  Yeah.
13      Q.  Did they ask you, what's the matter?
14      A.  I remember them asking me if I was okay.
15      Q.  Okay. And what did you say?
16      A.  Fine.
17      Q.  Any more discussion?
18      A.  No.
19      Q.  Did you ever tell them what happened?
20      A.  No.
21      Q.  Did you ever tell anybody what happened?
22      A.  No.
23      Q.  When is the first time after that you told anybody
24  about this experience?
25      A.  I believe the first time that I ever even gave remote
```

Page 94

1 details was to my brother ▓▓▓
2  Q. And when was that?
3  A. It was in the mid-nineties.
4  Q. Now, did you have a similar event to what you've just
5 described at some later date?
6  A. I had an event on his boat.
7  Q. But that was not part of any confession process?
8  A. No, it was not.
9  Q. Okay. So when you said earlier in the deposition about
10 having multiple experiences, I thought you'd said in the
11 confessional, but I maybe have just misunderstood. There's only
12 -- there's one -- one event in a confessional situation. Is that
13 right?
14  A. That's correct.
15  Q. Okay. Now -- so we're talking, now, a third event
16 involving sexual misconduct towards you. Is that right?
17  A. Um-hmm.
18  Q. Pardon?
19  A. Yes.
20  Q. And that occurred on a boat?
21  A. Yes.
22  Q. Where and when?
23  A. Blake Island.
24  Q. Now, that's over here on the west side?
25  A. Yes, it is.

Page 95

1  Q. How far or how long was it after this event that you've
2 just described was it that this other event occurred?
3  A. Some time.
4  Q. Years?
5  A. I believe so.
6  Q. Okay. Tell us what happened?
7  A. He took my family on a boat trip to Blake Island. It
8 was an over-night trip, and I -- I slept out on the back deck and
9 woke up to him with his hand over my mouth and -- and his hand
10 down the front of my underwear masturbating me and telling me to
11 be quiet.
12  Q. And did you stay quiet?
13  A. For a while.
14  Q. Then what? Can you tell us what happened?
15   MR. STONE: I -- I don't want to be insensitive today,
16 at all. And if this is hard for you and you want to come back
17 after lunch and tell us what happened, fine. But it's like I'm
18 having to ask every word. I just want you to tell us what
19 happened. I know it's difficult.
20   MR. PFAU: Do you want to take a break, or do you want
21 to keep going?
22   THE WITNESS: I'm all right.
23   MR. PFAU: Okay.
24   THE WITNESS: He was masturbating me aggressively.
25

Page 96

1 BY MR. STONE:
2  Q. Did it hurt?
3  A. Yeah, it did. And I started crying, hard. I remember
4 thinking, I cannot believe this is happening again. I thought we
5 were away from him. And I started crying too loud, and he told
6 me almost the identical thing, and that is, if you say a word, I
7 will tell your father.
8  Q. Did he stop?
9  A. Yeah.
10  Q. So he stopped in response to your crying?
11  A. Yeah.
12  Q. Did you feel any sexual gratification, at all, from
13 this kind of experience?
14  A. No.
15  Q. How long was he physically touching your penis?
16  A. I don't know. I woke up that way.
17  Q. Did you have an erection?
18  A. Yes.
19  Q. Did you have any ejaculation?
20  A. No.
21  Q. Now, you said the family was on the boat?
22  A. Yep.
23  Q. How big is the boat?
24  A. At the time it seemed like a very big boat.
25   MR. STONE: Well, I'm going to object to the response.

Page 97

1 BY MR. STONE:
2  Q. If you know how big the boat was, do you -- is it --
3 boats are usually described in terms of maybe some -- so many
4 feet?
5  A. At the time I could not have described the boat in so
6 many feet.
7  Q. Okay. Can you now, based on your recollection?
8  A. Based on my recollection, I would say it was about 35
9 feet long.
10  Q. Okay. And had you ever been out on this boat before?
11  A. We'd worked on the boat before.
12  Q. Who's "we?"
13  A. My ▓▓▓ and my family.
14  Q. Okay. And when did this occur?
15  A. I don't remember.
16  Q. Was this in Seattle or Spokane?
17  A. I believe it was in Seattle.
18  Q. Okay. And how long was the working on the boat prior
19 to the event you've just described?
20  A. It seemed like it was a ways before. It was kind of a
21 nonevent. We went, and it was out of the water, I think, and I
22 remember cleaning and scrubbing.
23  Q. Now, do I take it that you had some continuing ongoing
24 interaction with Patrick O'Donnell between the time of the event
25 you've described incidental to the -- a confession, and I guess,