ENTERED AUG 2 6 2005

FILED

AUG 2 6 2005

T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation sole,<br><br>      Debtor.<br><br>COMMITTEE OF TORT LITIGANTS,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CATHOLIC DIOCESE OF SPOKANE, et al.,<br><br>      Defendants. | No. 04-08822-PCW11<br>Chapter 11<br><br><br><br><br><br><br><br>Adversary No. 05-80038-PCW<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (#63) |

Based upon the Court's Memorandum Decision filed on August 26, 2005,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that plaintiff's Motion for Partial Summary Judgment (Docket No. 63) filed with the Court on April 7, 2005 is hereby **GRANTED**.

DATED this 26th day of August, 2005.

                              /s/ Patricia C. Williams
                              PATRICIA C. WILLIAMS
                              Bankruptcy Judge

ORDER GRANTING PLAINTIFF'S . . .